UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>                        Plaintiff,<br><br>- against -<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. and THE CARLYLE GROUP,<br><br>                        Defendants. | Docket No.: 3:08-cv-00512-CFD<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br><br><br>APRIL 11, 2008 |

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE BY PLAINTIFF**

       NOTICE IS HEREBY GIVEN that Plaintiff FLASH SALES, INC., pursuant to Rule

41(a)(1)(i) of the Federal Rules of Civil Procedure, dismisses, without prejudice and without

costs, the above-captioned matter (Docket No. 3:08-cv-00512-CFD before Judge Christopher F.

Droney) against Defendant The Carlyle Group.

511333

-2-

Dated: April 11, 2008        Respectfully submitted:

PLAINTIFF,
FLASH SALES, INC.


   /s/ Doug Dubitsky
Doug Dubitsky (ct21558)
UPDIKE, KELLY AND SPELLACY, P.C.
One State Street/Suite 2400
Hartford, CT 06123-1277
Telephone: (860) 548-2600
Facsimile: (860) 548-2680

Mark Goldman
GOLDMAN, SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700
Facsimile: (484) 342-0701

Gary Freidman
Tracey Kitzman
FREIDMAN LAW GROUP LLP
270 Lafayette Street, Suite 1410
New York, NY 10012
Telephone: (212) 680-5150
Facsimile: (212) 277-1151

Corey D. Holzer
HOLZER & HOLZER, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Counsel for Plaintiff*

Case 1:08-cv-04782  Document 4  Filed 04/11/2008  Page 2 of 4

-3-

OF COUNSEL:

Bernard Persky
Hollis L. Salzman
Eric J. Belfi
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

511333

-4-

**CERTIFICATION OF SERVICE**

I hereby certify that on April 11, 2008, a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice by Plaintiff was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing, and as listed below. Parties may access this filing through the court's CM/ECF system.

    */s/ Doug Dubitsky*
Doug Dubitsky (ct21558)
UPDIKE, KELLY AND SPELLACY, P.C.
One State Street/Suite 2400
Hartford, CT 06123-1277
Telephone: (860) 548-2600
Facsimile: (860) 548-2680

511333