**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FLASH SALES, INC. on behalf of itself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No.: 3:08 CV 00512 |
| vs. | )<br>) |
| | ) **CLASS ACTION COMPLAINT** |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC.<br>    Defendants. | )<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO TRANSFER**

The Plaintiff, Flash Sales, Inc., respectfully requests that the Court transfer the above entitled Action to the Honorable Janet Bond Arterton, pursuant to 28 U.S.C. § 1404(b).

As more fully articulated in the supporting Memorandum of Law, this Action and the two Related Actions with identical defendants and allegations are currently assigned to Judge Arterton

512027

and will likely be consolidated. In order to preserve resources and avoid duplicative proceedings, the Plaintiff requests the Court to transfer this Action to Judge Arterton.

April 22, 2008                              Respectfully Submitted,

                                                                /s/ Doug Dubitsky

Kerry R. Callahan (ct06569)
Doug Dubitsky (ct21558)
UPDIKE, KELLY & SPELLACY, P.C.
One State St.
PO Box 231277
Hartford, CT 06123-1277
Telephone: 860-548-2643
Fax: 860-548-6043

Mark Goldman
GOLDMAN SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: 484-342-0700
Fax: 484-342-0701

Gary B. Friedman
Tracey Kitzman
FRIEDMAN LAW GROUP LLP
270 Lafayette Street, 14th Floor
New York, NY 10012
Telephone: 212-680-5150
Fax: 646-277-1151

Corey D. Holzer
HOLZER HOLZER & FISTEL, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
Telephone: 770-392-0090
Fax: 770-392-0029

512027

OF COUNSEL:

Bernard Persky
Hollis L. Salzman
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

512027

## CERTIFICATION

THIS IS TO CERTIFY that on April 22, 2008, a copy of the foregoing was electronically filed. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. The undersigned did cause to be sent, by U.S. Mail, first-class, postage prepaid, a copy of the foregoing to the following counsel and pro-se parties of record that do not have access to the Court's electronic filing system.

   /S/_Doug Dubitsky_____
Doug Dubitsky, Esq.
Updike, Kelly & Spellacy, P.C.

512027

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| FLASH SALES, INC. on behalf of itself and all others similarly situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.<br>                        Defendants. | Case No.: 3:08 CV 00512<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

**MEMORANDUM OF LAW IN SUPPORT**
**OF PLAINTIFF FLASH SALES, INC.'S**
**MOTION TO TRANSFER**

Plaintiff Flash Sales, Inc. ("Flash Sales") moves this Court for transfer of the above-entitled action to the Honorable Janet Bond Arterton, pursuant to 28 U.S.C. § 1404(b).

**I.    PROCEDURAL BACKGROUND**

On March 31, 2008, S&E Quick Lube Distributors, Inc. ("S&E Quick Lube") filed in this District the first vehicle filters direct purchaser antitrust Class Action Complaint in the country against Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Honeywell International Inc., Wix Filtration Products, Cummins Filtration Inc., The Donaldson Company, Baldwin Filters, Inc., Bosch U.S.A., Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., United Components, Inc.,

and The Carlyle Group (collectively, "Defendants").[1] On April 10, 2008, Barjan, LLC ("Barjan") filed a related action in this District against Defendants. Both cases were assigned to Judge Arterton.

On April 4, 2008, this Action was filed in this District and assigned to the Honorable Christopher F. Droney. During this same time period, two other related class actions were filed in this District against Defendants. Specifically, on April 8, 2008, plaintiff William C. Bruene, d/b/a Lone Star Lube ("Lone Star") filed a related case which was assigned to the Honorable Stefan R. Underhill, and on April 9, 2008, plaintiff T.D.S. Co. Inc. ("TDS") filed its related case which was assigned to the Honorable Mark R. Kravitz.

## II.    ARGUMENT

All plaintiffs in the above-referenced class actions (together "Related Actions"), including plaintiff in the instant Action, assert that Defendants violated Section 1 of the Sherman Act, 15 U.S.C. § 1. Based upon virtually identical allegations, all plaintiffs seek damages and injunctive relief on behalf of themselves and a proposed plaintiff class. For the reasons set forth herein, this related Action should be transferred to Judge Arterton.

### A.    Transfer

Under 28 U.S.C. § 1404(b), a court may, upon motion and at its discretion, make a "intradistrict" transfer of any action. Illinois Brick Co. v. Illinois, 431 U.S. 720, 762-63 (1977) (recognizing "the intradistrict transfer power created by 28 U.S.C. § 1404(b)").

Here, transfer is appropriate because this Action involves questions of fact and law that are identical to those at issue in the Related Actions, and the named-defendants in all the actions are identical as well. Plaintiff has moved to transfer this Action to Judge Arterton because that

---

[1] Defendant The Carlyle Group was voluntarily dismissed, without prejudice, on April 11, 2008, from S&E Quick Lube's Complaint and all other related complaints pending in this District in which it was named as a defendant.

Court has the first-filed action, as well as a second related action, pending before it. No other judge in this District has been assigned more than one of the Related Actions. If the Court grants the instant motion, this Action will likely be consolidated with the Related Actions pursuant to a motion for consolidation before Judge Arterton. Transferring this Action to Judge Arterton and consolidating it with the Related Actions will preserve judicial resources and avoid duplicative discovery and pretrial proceedings.

### IV.     CONCLUSION

For the reasons set forth herein, and in order to provide for the orderly and efficient conduct of the Related Actions, Plaintiff respectfully requests that the Court transfer this action to Judge Arterton.

Dated: April 22, 2008                    Respectfully submitted,


  /s/ Doug Dubitsky

Kerry R. Callahan (ct06569)
Doug Dubitsky (ct21558)
UPDIKE, KELLY & SPELLACY, P.C.
One State St.
PO Box 231277
Hartford, CT 06123-1277
Telephone: 860-548-2643
Fax: 860-548-6043

Mark Goldman
GOLDMAN SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: 484-342-0700
Fax: 484-342-0701

Gary B. Friedman
Tracey Kitzman
FRIEDMAN LAW GROUP LLP
270 Lafayette Street, 14th Floor
New York, NY 10012

        Telephone: 212-680-5150
        Fax: 646-277-1151

        Corey D. Holzer
        HOLZER HOLZER & FISTEL, LLC
        1117 Perimeter Center West, Suite E-107
        Atlanta, GA 30338
        Telephone: 770-392-0090
        Fax: 770-392-0029

OF COUNSEL:

Bernard Persky
Hollis L. Salzman
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477