AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of   Connecticut

FLASH SALES, INC.
     Plaintiffs,

**SUMMONS IN A CIVIL CASE**

        v.

CHAMPION LABORATORIES,INC., ET
AL.
     Defendants

CASE NUMBER:   **308 C V 0 0 5 1 2**

CFD

TO: (Name and address of Defendant)

    **MANN + HUMMEL USA, INC.**
    6400 S SPRINKLE ROAD
    PORTAGE, MICHIGAN 49002-9706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    KERRY R. CALLAHAN, ESQ./DOUG DUBITSKY, ESQ.
    UPDIKE, KELLY & SPELLACY, P.C.
    One State Street, Suite 2400
    P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**ROBERTA D. TABORA**

4/7/08

_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

510727

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-11-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Stephen P. Donnelly | State Marshal Middlesex County |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify):  Certified Mail Return Receipt Request
   #7004 2510 0005 5626 2328

## STATEMENT OF SERVICE FEES

| TRAVEL 6 miles  3.03 endorsements  2.40 | SERVICES  30.00  Post Pages  30.00  10.00 | TOTAL  75.43 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4-18-08
                Date

Signature of Server

**Stephen P. Donnelly**
**State Marshal ~ Middlesex County**
P. O. Box 623
Westbrook, CT 06498

Address of Server

_____

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

510732