UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated, : <br> : Civil Action No. 3:08cv00512 (CFD) <br> Plaintiff, : <br> : <br> v. : <br> : <br> CHAMPION LABORATORIES, INC., : <br> PUROLATOR FILTERS N.A. L.L.C., : <br> HONEYWELL NTERNATIONAL, INC., WIX : <br> FILTRATION PRODUCTS, CUMMINS : <br> FILTRATION INC., THE DONALDSON : <br> COMPANY, BALDWIN FILTERS, INC., : <br> BOSCH U.S.A., MANN + HUMMEL U.S.A., : April 22, 2008 <br> INC., ARVINMERITOR, INC., and UNITED : <br> COMPONENTS, INC. : <br> : <br> Defendants. : | |

**CONSENTED MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and District of Connecticut Local Civil Rule 7(b), Defendant Baldwin Filters, Inc. ("Baldwin") moves for an extension of time of thirty (30) days to June 2, 2008 in which to serve its answer or motion in response to the Complaint, and states the following:

1. The Plaintiff filed its Complaint on April 4, 2008, and subsequently served Baldwin on April 11, 2008.

2. This is Baldwin's first request for an extension of time regarding this deadline.

3. Baldwin and its counsel require additional time to investigate the allegations set forth in the Complaint and prepare a response thereto.

4. Accordingly, Baldwin, with Plaintiff's consent, now asks this Court to grant a thirty (30) day extension of time through and including June 2, 2008 to respond to Plaintiff's Complaint.

5. Baldwin contacted counsel for Plaintiff regarding this motion and Plaintiff has consented to this extension.

WHEREFORE, for the foregoing reasons, Defendant Baldwin, with consent of the Plaintiff, respectfully requests that this Motion for Extension of Time be granted.

Respectfully submitted,

DEFENDANT, BALDWIN FILTERS, INC.

By     /s/ *Francis H. Morrison III*

    Francis H. Morrison III (ct04200)
    AXINN, VELTROP & HARKRIDER LLP
    90 State House Square
    Hartford, CT 06103
    Phone: (860) 275-8100
    Fax: (860) 276-8101
    fhm@avhlaw.com

    Darrell Prescott
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, New York 10036
    (212) 626-4476 (Direct)
    212 310-1637 (Fax)
    Darrell.Prescott@bakernet.com

    *Counsel for Defendant Baldwin Filters Inc.*

ORDER

Defendant's Motion for Extension of Time, having been considered, is hereby ORDERED:

GRANTED/DENIED

_____
United States District Judge

Date: _____

## CERTIFICATION

I hereby certify that on April 22, 2008 a copy of the foregoing **Motion for Extension of Time** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

/s/ *Francis H. Morrison III*
Francis H. Morrison III