UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC., and THE CARLYLE GROUP,<br><br>Defendants. | Case No. 3:08-cv-00512-CFD<br><br>(Honorable Christopher F. Droney)<br><br><br><br><br><br><br><br>April 22, 2008 |

### DEFENDANTS CHAMPION LABORATORIES, INC. AND UNITED COMPONENT'S INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants Champion Laboratories, Inc. and United Components, Inc. (collectively, "Champion") hereby move the Court, with the agreement of plaintiff, pursuant to the Federal Rules of Civil Procedure and Local Rule 7(b)(1), for an order enlarging the time for Champion to respond to the complaint in this action for 30 days. This motion is not intended to waive any defenses that Champion may have, including, but not limited to, the defenses of insufficiency of the service of process, improper venue, and lack of personal jurisdiction. The grounds for this motion are as follows:

1. On March 31, 2008, plaintiff filed the complaint in this action, which alleges violations of Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiff styled the complaint as a putative class action.

2. As of the date of this motion, four other plaintiffs have filed separate complaints in this district and one plaintiff has filed a complaint in the Northern District of Illinois. *T.D.S. Co. v. Champion Labs. et al.*, No. 3:08-cv-00528-MRK (D. Conn.); *Barjan, LLC v. Champion Labs et al.*, No. 3:08-cv-00534-JBA (D. Conn.); *Bruene v. Champion Labs. et al.*, No. 3:08-cv-00522-SRU (D. Conn.); *S&E Quick Lube Distrib., Inc. v. Champion Labs. et al.*, No. 3:08-cv-00475-JBA (D. Conn.); *Lovett Auto & Tractor Parts, Inc. v. Champion Labs. et al.*, No. 08-cv-2046 (N.D. Ill.). All of these complaints also allege federal antitrust claims against Champion and are styled as putative class actions.

3. On April 11, 2008, the plaintiff in the Illinois action filed a motion before the Judicial Panel on Multidistrict Litigation to transfer and consolidate in the Northern District of Illinois all existing and subsequently filed antitrust actions related to the claims alleged in the complaint. On April 15, 2008, plaintiffs in the five actions pending in this district filed a motion before the JPML to transfer and consolidate all existing and subsequently filed actions in the District of Connecticut. Neither Champion, nor any other defendant has had an opportunity to respond to these motions.

4. In light of the multiple complaints on file, the pending motions before the JPML, and the complex nature of plaintiff's allegations, Champion hereby moves, with the plaintiff's consent, to extend the time for Champion to answer or otherwise respond to the complaint in this matter for 30 days, without prejudice to Champion's right to seek additional time to answer or otherwise respond to the complaint for good cause shown.

5. In accordance with Local Rule 7(b)(3), counsel for Champion conferred with counsel for plaintiff prior to filing this motion and was advised that plaintiff consents to the relief requested.

6. Champion has not previously requested an extension of time to answer or otherwise respond to the complaint.

Dated: April 22, 2008

Respectfully submitted,

By: ___/s/Ben A. Solnit_____
Ben A. Solnit – CT00292
TYLER COOPER & ALCORN, LLP
555 Long Wharf Drive, 8th Floor
New Haven, Connecticut 06509
Telephone: (203) 784-8200
Facsimile (203) 777-1181
Email: bsolnit@tylercooper.com

Margaret M. Zwisler
E. Marcellus Williamson
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Margaret.Zwisler@lw.com

Attorneys for Defendants
Champion Laboratories, Inc. and
United Components, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008 a copy of the foregoing Defendants Champion Laboratories, Inc. and United Component's Inc.'s Unopposed Motion for Extension of Time to Respond to the Complaint was filed electronically. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ Ben A. Solnit
Ben A. Solnit – CT 00292