# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FLASH SALES, INC., on behalf of itself and
all others similarly situated,

              Plaintiff,

    v.

CHAMPION LABORATORIES, INC.,
PUROLATOR FILTERS N.A. L.L.C.,
HONEYWELL INTERNATIONAL INC.,
WIX FILTRATION PRODUCTS,
CUMMINS FILTRATION INC.,
THE DONALDSON COMPANY,
BALDWIN FILTERS INC.,
BOSCH U.S.A.,
MANN + HUMMEL U.S.A., INC.,
ARVINMERITOR, INC.,
UNITED COMPONENTS, INC., and
THE CARLYLE GROUP,

              Defendants.

Case No.  3:08-cv-00512-CFD

(Honorable Christopher F. Droney)

April 22, 2008

## UNITED COMPONENTS, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and by order of this Court, defendant United Components, Inc., by and through its undersigned counsel, states that UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock.  UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of United Components, Inc.'s stock.

Dated: April 22, 2008

Respectfully submitted,

By:     /s/Ben A. Solnit

Ben A. Solnit – CT00292
TYLER COOPER & ALCORN, LLP
555 Long Wharf Drive, 8th Floor
New Haven, Connecticut  06509
Telephone:  (203) 784-8200
Facsimile (203) 777-1181
Email:  bsolnit@tylercooper.com


Margaret M. Zwisler
E. Marcellus Williamson
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
Email: Margaret.Zwisler@lw.com

Attorneys for Defendants
Champion Laboratories, Inc. and
United Components, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008 a copy of the foregoing Defendant United Component's Inc.'s Rule 7.1 Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.


/s/ Ben A. Solnit
Ben A. Solnit – CT 00292