UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS,<br>CUMMINS FILTRATION INC.,<br>THE DONALDSON COMPANY,<br>BALDWIN FILTERS INC.,<br>BOSCH U.S.A.,<br>MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC.,<br>UNITED COMPONENTS, INC., and<br>THE CARLYLE GROUP,<br><br>Defendants. | Case No. 3:08-cv-00512-CFD<br><br>(Honorable Christopher F. Droney)<br><br><br><br><br><br>April 22, 2008 |

## CHAMPION LABORATORIES, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and by order of this Court, defendant Champion Laboratories, Inc., by and through its undersigned counsel, states that United Components, Inc., a privately held corporation, owns 100% of Champion Laboratories' stock. UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of Champion Laboratories, Inc.'s stock.

Dated: April 22, 2008                              Respectfully submitted,

                                            By:   /s/Ben A. Solnit
                                                    Ben A. Solnit – CT00292
                                                    TYLER COOPER & ALCORN, LLP
                                                    555 Long Wharf Drive, 8th Floor
                                                    New Haven, Connecticut 06509
                                                    Telephone: (203) 784-8200
                                                    Facsimile (203) 777-1181
                                                    Email: bsolnit@tylercooper.com

                                                    Margaret M. Zwisler
                                                    E. Marcellus Williamson
                                                    Marguerite M. Sullivan
                                                    LATHAM & WATKINS LLP
                                                    555 Eleventh Street, NW
                                                    Washington, DC 20004-1304
                                                    Telephone: (202) 637-2200
                                                    Facsimile: (202) 637-2201
                                                    Email: Margaret.Zwisler@lw.com

                                                    Attorneys for Defendants
                                                    Champion Laboratories, Inc. and
                                                    United Components, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008 a copy of the foregoing Defendants Champion Laboratories, Inc.'s Rule 7.1 Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ Ben A. Solnit
Ben A. Solnit – CT 00292