## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated, | : <br> : Civil Action No. 3:08cv00512 (CFD) <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL NTERNATIONAL, INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | : <br> : <br> : <br> : <br> : <br> : April 22, 2008 <br> : <br> : <br> : |
| Defendants. | : |

### NOTICE OF APPEARANCE

Please take notice that Defendant, Baldwin Filters Inc., is represented in this action by the undersigned member of the bar of this Court.

By:   /s/ Maria E. Kokiasmenos
Maria E. Kokiasmenos (ct27005)
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT  06103
Tel: (860) 275-8100
Fax: (860) 275-8101
mek@avhlaw.com
**Attorney for Defendant
Baldwin Filters, Inc.**

CTDOCS:24348.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ Maria E. Kokiasmenos
      Maria E. Kokiasmenos

CTDOCS:24348.1