UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated, | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:08-CV-00512 (CFD) |
| VS. | : | |
| | : | |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. and THE CARLYLE GROUP | : : : : : : : : | APRIL 23, 2008 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above captioned case as counsel for defendant Mann + Hummel U.S.A., Inc. I certify that I am admitted to practice in this court.

By: _____
David A. Ball, Esq.
Federal Bar No. ct10154
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tele: (203) 337-4134
Fax: (203) 394-9901
E-mail: dball@cohenandwolf.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, a copy of the Appearance of David A. Ball, Esq. for Defendant Mann + Hummel U.S.A., Inc. dated April 23, 2008, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                       /s/ David A. Ball
                                                        David A. Ball