UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FLASH SALES, INC., on behalf of itself and all
others similarly situated,
                             :

                            Plaintiff,     :   Civil Action No. 3:08cv00512 (CFD)

                    v.             :

CHAMPION LABORATORIES, INC.,     :
PUROLATOR FILTERS N.A. L.L.C.,     :
HONEYWELL NTERNATIONAL, INC., WIX   :
FILTRATION PRODUCTS, CUMMINS     :
FILTRATION INC., THE DONALDSON     :
COMPANY, BALDWIN FILTERS, INC.,     :
BOSCH U.S.A., MANN + HUMMEL U.S.A.,   :
INC., ARVINMERITOR, INC., and UNITED   :
COMPONENTS, INC.             :   April 23, 2008
                             :

                  Defendants.  :

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Baldwin Filters, Inc. (a

private non-governmental party) certifies that the following publicly-held corporation is its

parent corporation and owns more than 10% of its stock: CLARCOR Inc.

Respectfully submitted,

DEFENDANT, BALDWIN FILTERS, INC.

By___/s/ *Maria E. Kokiasmenos*
Francis H. Morrison III (ct04200)
Maria E. Kokiasmenos (ct27005)
AXINN, VELTROP & HARKRIDER
LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100
Fax: (860) 276-8101

fhm@avhlaw.com
mek@avhlaw.com

Darrell Prescott
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4476 (Direct)
212 310-1637 (Fax)
Darrell.Prescott@bakernet.com

*Counsel for Defendant Baldwin Filters
Inc.*

## CERTIFICATION

I hereby certify that on April 23, 2008 a copy of the foregoing **Rule 7.1 Disclosure Statement** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's system.

/s/ *Maria E. Kokiasmenos*
Maria E. Kokiasmenos