IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Flash Sales, Inc. | ) ) ) ) |
| Plaintiff, | ) ) 3:08-CV-00512-CFD |
| v. | ) ) |
| Champion Laboratories, Inc. *et. al.* | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF APPEARANCE**

ArvinMeritor, Inc., a Defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person is appearing as counsel of record on behalf of ArvinMeritor, Inc.

> Joseph D. Jean
> Federal Bar No. CT 18707
> Dickstein Shapiro LLP
> 1177 Avenue of the Americas
> New York, NY 10036-2714
> Telephone: (212) 277-6500
> Facsimile: (212) 277-6501
> JeanJ@dicksteinshapiro.com

Dated: April 24, 2008                                   Respectfully submitted,

                                                          /s/ Joseph D. Jean
                                                          Joseph D. Jean
                                                          Federal Bar No. CT 18707
                                                          Dickstein Shapiro LLP
                                                          1177 Avenue of the Americas
                                                          New York, NY 10036-2714
                                                          Telephone: (212) 277-6500
                                                          Facsimile: (212) 277-6501
                                                          JeanJ@dicksteinshapiro.com
                                                          Counsel for Defendant
                                                          ArvinMeritor, Inc.

DSMDB-2429650

CERTIFICATE OF SERVICE

I, Sabrina Nelson, hereby certify that I caused the foregoing to be filed and served this 24th day of April 2008 by the Electronic Court Filing system, where it is available for viewing, and downloading, and also served by email and U.S. Mail, postage prepaid, upon the following:

> Bernard Persky
> Labaton Sucharow LLP
> 140 Broadway
> New York, NY 10005
> LEAD ATTORNEY FOR PLAINTIFF

/s/ Sabrina A. Nelson
Sabrina A Nelson

Dated: April 24, 2008