### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Flash Sales, Inc. )<br>)<br>Plaintiff, )<br>)   3:08-CV-00512-CFD<br>v. )<br>)<br>Champion Laboratories, Inc. *et. al.* )<br>)<br>Defendant. )<br>) | |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b)(1)(a), Defendant ArvinMeritor, Inc. respectfully requests a 30-day extension, to and including June 2, 2008, within which to file its Answer in the above-captioned case. Counsel for Plaintiff Flash Sales, Inc. has consented to this requested extension. Defendant has not filed any other motions for extension of time in which to file its Answer in this proceeding.

Dated: April 24, 2008                                  Respectfully submitted,

/s/ Joseph D. Jean
Joseph D. Jean
Federal Bar No. CT 18707
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
JeanJ@dicksteinshapiro.com
Counsel for Defendant
ArvinMeritor, Inc.

**CERTIFICATE OF SERVICE**

      I, Sabrina Nelson, hereby certify that I caused the foregoing to be filed and served this 24th day of April 2008 by the Electronic Court Filing system, where it is available for viewing, and downloading, and also served by email and U.S. Mail, postage prepaid, upon the following:

                Bernard Persky
                Labaton Sucharow LLP
                140 Broadway
                New York, NY 10005
                LEAD ATTORNEY FOR PLAINTIFF

                /s/ Sabrina A. Nelson
                Sabrina A Nelson

Dated: April 24, 2008

DSMDB-2429502