UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS,<br>CUMMINS FILTRATION INC.,<br>THE DONALDSON COMPANY,<br>BALDWIN FILTERS INC.,<br>BOSCH U.S.A.,<br>MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC.,<br>UNITED COMPONENTS, INC., and<br>THE CARLYLE GROUP,<br><br>Defendants. | Case No. 3:08-cv-00512-CFD<br><br>(Honorable Christopher F. Droney)<br><br><br><br><br><br><br><br><br><br>April 24, 2008 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Rachel R. Mandel as counsel in this case for defendants Champion Laboratories, Inc. and United Components, Inc.

This appearance is solely for purposes of filing a motion to extend the time for Champion and United Components to answer or otherwise respond to the complaint in this matter and is not intended to waive and does not waive any defenses that Champion or United Components may have to the complaint, including insufficiency of the service of process, improper venue and lack of personal jurisdiction.

Dated: April 24, 2008                                   Respectfully submitted,


                                                By:  /s/Rachel R. Mandel
                                                     Rachel R. Mandel – CT 26938
                                                     Ben A. Solnit – CT00292
                                                     TYLER COOPER & ALCORN, LLP
                                                     555 Long Wharf Drive, 8th Floor
                                                     New Haven, Connecticut 06509
                                                     Telephone: (203) 784-8200
                                                     Facsimile (203) 777-1181
                                                     Email: rmandel@tylercooper.com
                                                     Email: bsolnit@tylercooper.com

                                                     Attorneys for Defendants
                                                     Champion Laboratories, Inc. and
                                                     United Components, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008 a copy of the foregoing Defendants Champion Laboratories, Inc. and United Component's Inc.'s Notice of Appearance was filed electronically. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ Rachel R. Mandel
Rachel R. Mandel – CT 26938

DC\1096303.1