UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated, : : : Plaintiff, : : v. : : CHAMPION LABORATORIES, INC., et al., : : Defendants. : | Case No.: 3:08-CV-00512 (CFD) April 24, 2008 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Donaldson Company, Inc.

DEFENDANT
DONALDSON COMPANY, INC.

  /s/ Edward Wood Dunham
Edward Wood Dunham (ct05429)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
edunham@wiggin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. A copy of the foregoing document was also served by U.S. mail, postage prepaid, to:

Doug Dubitsky
UPDIKE, KELLY & SPELLACY, PC
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Bernard Persky
Hollis L. Salzman
Eric J. Belfi
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

Benjamin A. Solnit
Rachel Reingold Mandel
TYLER, COOPER & ALCORN, LLP
555 Long Wharf Drive, 8th Floor
P.O. Box 1936
New Haven, CT 06509-0906

Francis H. Morrison, III
Maria Eleni Kokiasmenos
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103-3702

David A. Ball
Stewart I. Edelstein
COHEN & WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Joseph D. Jean
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, NY 20036

　　　　　　　　　　　　　　　　　　/s/ Edward Wood Dunham
　　　　　　　　　　　　　　　　　　Edward Wood Dunham