UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated　　　　: <br><br> Plaintiff,　　　　　　　　　　　　　　 : <br><br> v.　　　　　　　　　　　　　　　　　　 : <br><br> CHAMPION LABORATORIES, INC., et al.,　: <br><br> Defendants.　　　　　　　　　　　　　　: | Case No.: 3:08-CV-00512 (CFD) <br><br><br><br><br><br><br><br> April 24, 2008 |

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to its obligations under Federal Rule of Civil Procedure 7.1, defendant Donaldson Company, Inc. states that it has no parent company and that no publicly held corporation owns 10% or more of Donaldson Company, Inc.'s stock.

**DEFENDANT
DONALDSON COMPANY, INC.**

By: /s/ Erika L. Amarante
　　Edward Wood Dunham (ct05429)
　　Erika L. Amarante (ct22393)
　　WIGGIN AND DANA LLP
　　One Century Tower
　　P.O. Box 1832
　　New Haven, CT 06508-1832
　　(203) 498-4400
　　(203) 782-2889 fax
　　edunham@wiggin.com
　　eamarante@wiggin.com

　　*Its Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. A copy of the foregoing document was also served by U.S. mail, postage prepaid, to:

Doug Dubitsky
UPDIKE, KELLY & SPELLACY, PC
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Bernard Persky
Hollis L. Salzman
Eric J. Belfi
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

Benjamin A. Solnit
Rachel Reingold Mandel
TYLER, COOPER & ALCORN, LLP
555 Long Wharf Drive, 8th Floor
P.O. Box 1936
New Haven, CT 06509-0906

Francis H. Morrison, III
Maria Eleni Kokiasmenos
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103-3702

David A. Ball
Stewart I. Edelstein
COHEN & WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Joseph D. Jean
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, NY 20036

/s/ Erika L. Amarante
Erika L. Amarante