UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>CHAMPION LABORATORIES, INC., et al., :<br>:<br>Defendants. : | Case No.: 3:08-CV-00512 (CFD)<br><br><br><br><br><br><br><br>April 24, 2008 |

### DEFENDANT DONALDSON COMPANY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), defendant Donaldson Company, Inc. respectfully moves for an extension of time of thirty (30) days, up to and including June 2, 2008, to answer or otherwise respond to plaintiff's complaint. In support of this motion, defendant Donaldson Company, Inc. states the following:

1. That defendant Donaldson Company, Inc. has inquired of Bernard Persky, counsel for plaintiff, and he does not oppose this motion;

2. That this is defendant Donaldson Company, Inc.'s first motion for extension of time; and

3. That defendant Donaldson Company, Inc. needs additional time to investigate the business practices alleged in the complaint in order to adequately respond to plaintiff's complaint.

**DEFENDANT
DONALDSON COMPANY, INC.**


By: /s/ Erika L. Amarante
 Edward Wood Dunham (ct05429)
 Erika L. Amarante (ct22393)
 WIGGIN AND DANA LLP
 One Century Tower
 P.O. Box 1832
 New Haven, CT 06508-1832
 (203) 498-4400
 (203) 782-2889 fax
 edunham@wiggin.com
 eamarante@wiggin.com

 *Its Attorneys*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, a copy of the foregoing Unopposed Motion for Extension of Time to Respond to the Complaint was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. A copy of the foregoing document was also served by U.S. mail, postage prepaid, to:

Doug Dubitsky
UPDIKE, KELLY & SPELLACY, PC
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Bernard Persky
Hollis L. Salzman
Eric J. Belfi
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

Benjamin A. Solnit
Rachel Reingold Mandel
TYLER, COOPER & ALCORN, LLP
555 Long Wharf Drive, 8th Floor
P.O. Box 1936
New Haven, CT 06509-0906

Francis H. Morrison, III
Maria Eleni Kokiasmenos
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103-3702

David A. Ball
Stewart I. Edelstein
COHEN & WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Joseph D. Jean
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, NY 20036

　　　　　　　　　　　　　　　　　　/s/ Erika L. Amarante
　　　　　　　　　　　　　　　　　　Erika L. Amarante