# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated, | : : | |
| | : | Civil Action No. 3:08cv00512 (CFD) |
| Plaintiff, | : : | |
| v. | : : | |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL NTERNATIONAL, INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | : : : : : : : : : : | April 24, 2008 |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Please take notice that Defendant, Baldwin Filters Inc., is represented in this action by the undersigned member of the bar of this Court.

By:    /s/ Michelle H. Seagull_____
       Michelle H. Seagull (ct22340)
       Axinn, Veltrop & Harkrider LLP
       90 State House Square
       Hartford, CT  06103
       Tel: (860) 275-8100
       Fax: (860) 275-8101
       mhs@avhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Michelle H. Seagull _____
Michelle H. Seagull