# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. AND THE CARLYLE GROUP<br><br>Defendants. | **Case No. 3:08-cv-00512-CFD**<br><br>(Honorable Christopher F. Droney)<br><br><br><br><br><br><br><br>April 24, 2008 |

## NOTICE OF APPEARANCE

Please take notice that Defendants, Purolator Filters N.A. L.L.C. and Bosch U.S.A., are represented in this action by the undersigned member of the bar of this Court.

2

Dated: April 24, 2008				Respectfully submitted,


					By:	/s/ William M. O'Connor

						William M. O'Connor (CT02731)
						CROWELL & MORING, LLP
						153 E. 53rd St., 31st Floor
						New York, NY  10022-4602

						*Attorney for Defendants*
						*Purolator Filters N.A. L.L.C.,*
						*& Bosch U.S.A..*

2

## **CERTIFICATE OF SERVICE**

William O'Connor, an attorney, hereby certifies that, on April 24, 2008, he electronically filed the foregoing Notice of Appearance using the CM/ECF System. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the CM/ECF System.

/s/ William M. O'Connor
William M. O'Connor – CT02731

5566981