## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. AND THE CARLYLE GROUP<br><br>Defendants. | **Case No. 3:08-cv-00512-CFD**<br><br>(Honorable Christopher F. Droney)<br><br><br><br><br><br><br><br>April 24, 2008 |

### DEFENDANTS PUROLATOR FILTERS N.A. L.L.C. AND BOSCH U.S.A.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Purolator Filters N.A. L.L.C. and Bosch U.S.A. certify the following information about their corporate parent companies:

Defendant Purolator Filters N.A. L.L.C. is owned by two parent companies, Robert Bosch LLC and Mann + Hummel Inc. Each parent owns 50% of the stock of Purolator Filters N.A. L.L.C.

Robert Bosch LLC has two "members," or parents: Robert Bosch North America Corporation and Robert Bosch Zweite VermoegensverwaltungsgesellschaftmbH.

Dated: April 24, 2008                     Respectfully submitted,


                    By:   /s/ William M. O'Connor

                         William M. O'Connor (CT02731)
                         CROWELL & MORING, LLP
                         153 E. 53rd St., 31st Floor
                         New York, NY  10022-4611

                         Daniel Sasse
                         Jerome A. Murphy
                         CROWELL & MORING, LLP
                         1001 Pennsylvania Avenue, NW
                         Washington, DC  20004

                         *Attorneys for Defendants*
                         *Purolator Filters N.A. L.L.C.,*
                         *& Bosch U.S.A..*

## **CERTIFICATE OF SERVICE**

William O'Connor, an attorney, hereby certifies that, on April 24, 2008, he electronically filed the foregoing Rule 7.1 Disclosure Statement using the CM/ECF System. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the CM/ECF System.

/s/ William M. O'Connor
William M. O'Connor – CT02731

5570968