UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC. | : CIVIL ACTION NO.3:08cv00512 (CFD) |
| *Plaintiff* | : |
| v. | : APRIL 28, 2008 |
| CHAMPION LABORATORIES, INC., ET AL. | : |
| *Defendants.* | : |

## APPEARANCE

Please enter the appearance of JAMES K. ROBERTSON on behalf of the Defendant, HONEYWELL INTERNATIONAL, INC., in the above-captioned action.

Respectfully Submitted,
HONEYWELL INTERNATIONAL, INC.

By: _____
James K. Robertson, Jr.
Federal Bar No. ct05301
Carmody & Torrance, LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone: (203) 573-1200
Facsimile: (203) 575-2600
E-mail: jrobertson@carmodylaw.com
Its attorney

{N0788395}

## CERTIFICATION

I hereby certify a copy of the foregoing Appearance was filed electronically on the above date. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

_____
James K. Robertson, Jr.

{N0788395}                                2

CARMODY & TORRANCE LLP     50 Leavenworth Street
Attorneys at Law           Post Office Box 1110
                           Waterbury, CT 06721-1110
                           Telephone: 203 573-1200