UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC. | : |
| *Plaintiff* | : CIVIL ACTION NO.3:08cv00512 (CFD) |
| v. | : |
| | : APRIL 28, 2008 |
| CHAMPION LABORATORIES, INC., ET AL | : |
| *Defendants.* | : |

### APPEARANCE

Please enter the appearance of DAVID S. HARDY on behalf of the Defendant, HONEYWELL INTERNATIONAL, INC., in the above-captioned action.

        Respectfully Submitted,
        HONEYWELL INTERNATIONAL, INC.

        By: _____
        David S. Hardy
        Federal Bar No. ct20904
        Carmody & Torrance, LLP
        195 Church Street
        P.O. Box 1950
        New Haven, CT  06509-1950
        Telephone: (203) 777-5501
        Facsimile: (203) 784-3199
        E-mail: dhardy@carmodylaw.com
        Its attorney

## CERTIFICATION

I hereby certify a copy of the foregoing Appearance was filed electronically on the above date. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

David S. Hardy

CARMODY & TORRANCE LLP  195 Church Street
Attorneys at Law  Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501