UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FLASH SALES, INC.

*Plaintiff,*

v.

CHAMPION LABORATORIES, INC., ET AL

*Defendants,*

**Civil Docket No.: 3:08-cv-00512-CFD**

**April 29, 2008**

### CORPORATE DISCLOSURE STATEMENT
### OF DEFENDANT HONEYWELL INTERNATIONAL, INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant, Honeywell International, Inc. ("Honeywell"), submits the following corporate disclosure statement:

(1) Honeywell has no parent corporation and is a publicly traded corporation; (2) State Street Bank & Trust owns more than 10% of the outstanding stock of Honeywell; (3) State Street Bank & Trust is a wholly-owned and principal subsidiary of State Street Corporation, which is a publicly traded company.

Respectfully Submitted,
HONEYWELL INTERNATIONAL, INC.

By: _____
James K. Robertson, Jr.
Federal Bar No. ct05301
Carmody & Torrance, LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone: (203) 573-1200
Facsimile: (203) 575-2600
E-mail: jrobertson@carmodylaw.com
Its attorney

{N0788414}

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1120
Telephone: 203 573-1200

**CERTIFICATION**

I hereby certify a copy of the foregoing was filed electronically on the above date. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

_/s/ James K. Robertson, Jr._
James K. Robertson, Jr.

CARMODY & TORRANCE LLP   50 Leavenworth Street
{N0788414}  Attorneys at Law   Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

3