UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>CHAMPION LABORATORIES, INC., ET AL<br><br>*Defendants,* | **Civil Docket No.: 3:08-cv-00512-CFD**<br><br><br>**April 29, 2008** |

### FIRST MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), defendant, **Honeywell International, Inc.**, moves for a thirty (30) day extension of time, through and including June 2, 2008, within which to answer or otherwise respond to the Complaint filed by the plaintiffs. In support of this motion, the defendant represents as follows:

1. This is the defendant's first motion for extension of time.

2. The defendant represents that it requires additional time to evaluate the Complaint and its response thereto.

3. Counsel for the defendant has inquired of counsel for the plaintiff, who consents to this motion for extension of time.

Respectfully Submitted,
HONEYWELL INTERNATIONAL, INC.

By: _____
James K. Robertson, Jr.
Federal Bar No. ct05301
Carmody & Torrance, LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone: (203) 573-1200
Facsimile: (203) 575-2600
E-mail: jrobertson@carmodylaw.com
Its attorney

CARMODY & TORRANCE LLP
Attorneys at Law
{N0788413}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATION

I hereby certify a copy of the foregoing Motion for Extension of Time was filed electronically on the above date. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

_____
James K. Robertson, Jr.

CARMODY & TORRANCE LLP
Attorneys at Law
Juris No. 08512
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

{N0788413}