**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| FLASH SALES, INC. on behalf of itself and all others similarly situated, ) ) ) ) ) | |
| Plaintiff, ) ) | Case No.: 3:08-cv-00512 CFD |
| vs. ) ) | |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. and THE CARLYLE GROUP, ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**PLAINTIFF FLASH SALES, INC.'S CORPORATE DISCLOSURES PURSUANT TO**
**<u>ORDER RE: DISCLOSURE STATEMENT</u>**

Pursuant to District of Connecticut's Order re: Disclosure Statement, counsel for Plaintiff Flash Sales, Inc. submits the following description of its corporate relationships:

512791

(1)  Flash Sales, Inc. does not have a parent corporation, and no publicly held company owns 10% or more of Flash Sales, Inc.

Dated: April 30, 2008

Respectfully submitted,
THE PLAINTIFF
FLASH SALES, INC.

___/s/ Doug Dubitsky_____
KERRY R. CALLAHAN (ct06569)
DOUG DUBITSKY (ct21558)
UPDIKE, KELLY & SPELLACY, P.C.
One State St.
PO Box 231277
Hartford, CT 06123-1277
Telephone: 860-548-2643
Fax: 860-548-6043

Mark Goldman
GOLDMAN SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: 484-342-0700
Fax: 484-342-0701

Gary B. Friedman
Tracey Kitzman
FRIEDMAN LAW GROUP LLP
270 Lafayette Street, 14th Floor
New York, NY 10012
Telephone: 212-680-5150
Fax: 646-277-1151

                                          Corey D. Holzer
                                          HOLZER HOLZER & FISTEL, LLC
                                          1117 Perimeter Center West, Suite E-107
                                          Atlanta, GA 30338
                                          Telephone: 770-392-0090
                                          Fax: 770-392-0029

OF COUNSEL:

Bernard Persky
Hollis L. Salzman
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

512791                                    3

**CERTIFICATION OF SERVICE**

I hereby certify that, on this 30th day of April 2008, a copy of the DISCLOSURE STATEMENT, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Doug Dubitsky
DOUG DUBITSKY, ESQ.
Fed. Bar. No. ct21558
Updike, Kelly & Spellacy, P.C.
P.O. Box 231277
One State Street
Hartford, CT  06123-1277
Tel. (860) 548-2600
Fax (860) 548-2680
ddubitsky@uks.com