# United States District Court
DISTRICT OF CONNECTICUT

FLASH SALES, INC., on behalf of itself
And all others similarly situated,

        Plaintiffs,

v

CHAMPION LABORATORIES, INC.,
PUROLATOR FILTERS N.A. L.L.C., HONEYWELL
INTERNATIONAL, INC., WIX FILTRATION
PRODUCTS, CUMMINS FILTRATION INC., THE
DONALDSON COMPANY, BALDWIN FILTERS,
INC., BOSCH U.S.A., MANN + HUMMEL U.S.A.,
INC., ARVINMERITOR, INC., and UNITED
COMPONENTS, INC.

        Defendants.

**APPEARANCE**

CASE NUMBER: 3:08cv00512 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Wix Filtration LLC

May 1, 2008
_____
Date

/s/ Trisha M. Morris
_____
Signature

Trisha M. Morris   (ct17677)
Print Name

350 Orange Street/P.O. Box 606
Address

New Haven,     Connecticut         06503
City            State              Zip Code

(203) 772-3100         (203)772-1691
Phone Number           Facsimile Number

email: tmorris@jacobslaw.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.


this 1st day of May 2008


                              /s/ Trisha M. Morris
                              Trisha M. Morris