## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>)<br>) |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL, INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Civil Action No. 3:08cv00512 (CFD)

May 1, 2008

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to its obligations under Federal Rule of Civil Procedure 7.1, defendant Wix Filtration Corp LLC states that it is a wholly owned subsidiary of Affinia Group Inc., which, in turn, is a wholly owned subsidiary of Affinia Group Intermediate Holdings Inc., which, in turn is a wholly owned subsidiary of Affinia Group Holdings Inc., which is a privately held company.

Respectfully submitted,

DEFENDANT, WIX FILTRATION CORP LLC

By____/s/ Trisha M. Morris_____
David L. Belt (ct04274)
Trisha M. Morris (ct17677)
JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
350 Orange Street
New Haven, CT 06503
Phone:(203) 951–3720
Fax:(203) 772–1691
dbelt@jacobslaw.com
tmorris@jacobslaw.com

John DeQ. Briggs (pro hac vice motion will be pending)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 783-0800
Fax: (202) 318-8574
briggsj@howrey.com

*Counsel for Defendant Wix Filtration Corp LLC*

## **CERTIFICATION**

I hereby certify that on May 1, 2008 a copy of the foregoing **Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

/s/Trisha M. Morris
Trisha M. Morris