UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL, INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.<br><br>Defendants. | Civil Action No. 3:08cv00512 (CFD)<br><br><br><br><br><br><br><br><br><br>May 1, 2008 |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and District of Connecticut Local Civil Rule 7(b), Defendant Wix Filtration Corp LLC moves for an extension of time of thirty (30) days to June 2, 2008 in which to serve its answer or motion in response to the Complaint, and states the following:

    1.    The Plaintiff filed its Complaint on April 4, 2008, and subsequently served Wix on April 11, 2008.

    2.    This is Wix's first request for an extension of time regarding this deadline.

3. Wix and its counsel require additional time to investigate the allegations set forth in the Complaint and prepare a response thereto.

4. Accordingly, Wix, with Plaintiff's consent, now asks this Court to grant a thirty (30) day extension of time through and including June 2, 2008 to respond to Plaintiff's Complaint.

5. Wix contacted counsel for Plaintiff regarding this motion and Plaintiff has consented to this extension.

WHEREFORE, for the foregoing reasons, Defendant Wix, with consent of the Plaintiff, respectfully requests that this Motion for Extension of Time be granted.

Respectfully submitted,

DEFENDANT, WIX FILTRATION CORP LLC

By___/s/ Trisha M. Morris_____
    David L. Belt (ct04274)
    Trisha M. Morris (ct17677)
    JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
    350 Orange Street
    New Haven, CT 06503
    Phone:(203) 951–3720
    Fax:(203) 772–1691
    dbelt@jacobslaw.com
    tmorris@jacobslaw.com

    John DeQ. Briggs (pro hac vice motion will be pending)
    HOWREY LLP
    1299 Pennsylvania Avenue, N.W.
    Washington, DC 20004
    Phone: (202) 783-0800
    Fax: (202) 318-8574
    briggsj@howrey.com

*Counsel for Defendant Wix Filtration Corp LLC*

- 3 -

## CERTIFICATION

I hereby certify that on May 1, 2008, a copy of the foregoing **Motion for Extension of Time** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

/s/Trisha M. Morris
Trisha M. Morris