UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated, | : : : | |
| Plaintiff, | : : : | CIVIL ACTION NO.<br>3:08-CV-00512 (CFD) |
| vs. | : : | |
| CHAMPION LABORATORIES, INC., ET AL. | : : : | MAY 1, 2008 |
| Defendants. | | |

**<u>NOTICE OF APPEARANCE</u>**

Please enter my appearance on behalf of defendant Cummins Filtration, Inc. in the above-captioned action.

      /s/ Kenneth W. Ritt
      Kenneth W. Ritt (ct05982)
      Day Pitney LLP
      One Canterbury Green
      Stamford, Connecticut 06901-2047
      (203) 977-7300
      (203) 977-7301 (fax)
      kwritt@daypitney.com

-2-

## CERTIFICATION

      I hereby certify that on May 1, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 /s/ Kenneth W. Ritt
                                                  Kenneth W. Ritt