## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated, | : <br> : <br> : CIVIL ACTION NO. |
| Plaintiff, | : <br> : 3:08-CV-00512 (CFD) |
| vs. | : <br> : |
| CHAMPION LABORATORIES, INC., ET AL. | : MAY 1, 2008 <br> : |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Cummins Filtration, Inc. hereby states that Cummins, Inc. is its parent corporation and owns more than 10% of its stock.

-2-

**DEFENDANT**
**CUMMINS FILTRATION, INC.**


By   /s/ Kenneth W. Ritt
     Thomas D. Goldberg (ct04396)
     Kenneth W. Ritt (ct05982)
     Day Pitney LLP
     One Canterbury Green
     Stamford, Connecticut 06901-2047
     (203) 977-7300
     (203) 977-7301 (fax)
     tdgoldberg@daypitney.com
     kwritt@daypitney.com
     Its Attorneys

Of Counsel:

Francis P. Barron
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
(212) 474-10000
(212) 474-3700 (fax)

-3-

## **CERTIFICATION**

      I hereby certify that on May 1, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                          /s/ Kenneth W. Ritt
                                                                            Kenneth W. Ritt