UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated, | : : |
| Plaintiff, | : CIVIL ACTION NO. : : 3:08-CV-00512 (CFD) |
| vs. | : : |
| CHAMPION LABORATORIES, INC., ET AL. | : MAY 1, 2008 : |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Cummins Filtration, Inc. hereby moves to extend the time to file an answer, move or otherwise respond to the Complaint by thirty (30) days to and including June 2, 2008.

Defendant Cummins Filtration, Inc. needs the additional time in order to review the allegations of the Complaint and properly prepare an answer, motion or other responsive pleading.

Defendant Cummins Filtration, Inc. has inquired of opposing counsel, and opposing counsel has given his agreement to the motion.

This is the first motion for extension of time filed by defendant Cummins Filtration, Inc. with respect to this limitation.

-2-

**DEFENDANT
CUMMINS FILTRATION, INC.**


By   /s/ Kenneth W. Ritt
     Thomas D. Goldberg (ct04396)
     Kenneth W. Ritt (ct05982)
     Day Pitney LLP
     One Canterbury Green
     Stamford, Connecticut 06901-2047
     (203) 977-7300
     (203) 977-7301 (fax)
     tdgoldberg@daypitney.com
     kwritt@daypitney.com
     Its Attorneys


Of Counsel:

Francis P. Barron
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
(212) 474-10000
(212) 474-3700 (fax)

-3-

## CERTIFICATION

      I hereby certify that on May 1, 2008, a copy of the foregoing Motion For Extension Of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  /s/ Kenneth W. Ritt
                                    Kenneth W. Ritt