UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATER FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A. INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,<br><br>Defendants. | Case No. 3:08 CV 00512 CFD<br><br>(Hon. Christopher F. Droney) |

**DEFENDANTS' MEMORANDUM OF LAW
IN OPPOSITION TO PLAINTIFF'S MOTION TO TRANSFER**

Defendants[1] hereby oppose Plaintiff's motion to transfer this action to the Honorable Janet Bond Arterton pursuant to 28 U.S.C. § 1404(b). This action is just one of at least fourteen purported antitrust class actions filed in the past six weeks on behalf of putative classes of domestic purchasers of automotive filters. In addition to this District, plaintiffs have filed cases in the Northern District of Illinois, the Southern District of Illinois, the District of New Jersey, the Eastern District of Tennessee, and the Middle District of Tennessee. Defendants have already asked the Judicial Panel on Multidistrict Litigation ("MDL Panel") to transfer and

---

[1] Defendants are Champion Laboratories, Inc., Purolater Filters N.A. L.L.C., Honeywell International Inc., Wix Filtration Corp., LLC, Cummins Filtration Inc., Donaldson Company, Inc., Baldwin Filters, Inc., Robert Bosch LLC, Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., and United Components, Inc. Defendants file this Opposition without prejudice to any defenses they may assert pursuant to Rule 12(b) of the Federal Rules of Civil Procedure or otherwise.

consolidate these actions to the docket of the Honorable Stefan R. Underhill of this District, given Judge Underhill's extensive experience managing complex multidistrict antitrust litigation. This Court accordingly should defer consideration of Plaintiff's transfer motion, pending the MDL Panel's decision. In the alternative, the Court should deny Plaintiff's transfer motion.

## ARGUMENT

This is one of at least fourteen purported antitrust class actions pending in the United States (including at least eight actions in this District). Each seeks money damages for an alleged conspiracy to, among other things, fix the price of replacement (*i.e.*, aftermarket) oil, air, fuel, and transmission filters ("the Filters Cases"). The actions were filed in March and April 2008, and thus are in their very early stages – service of the Complaints is still underway, and no responsive pleadings have yet been filed by any Defendant.

Plaintiff filed this purported class action on or about April 4, 2008. Approximately one week later (on April 15, 2008), Plaintiff (among others) filed a motion with the MDL Panel seeking to create a MDL docket for the Filters Cases, and to transfer and consolidate those cases (and any tag-along actions) in this District for pretrial proceedings pursuant to 28 U.S.C. § 1407.

On May 8, 2008, Defendants informed the MDL Panel that they also favored consolidation of the Filters Cases in this District. Defendants specifically requested, however, that the MDL Panel consolidate the actions before the Honorable Stefan R. Underhill, given his "extensive experience managing complex multidistrict antitrust litigation involving price fixing allegations similar to those alleged here."[2] In the alternative, Defendants asked the MDL Panel

---

[2] Defendants' Memorandum In Support of Response to Plaintiff Lovett Auto and Tractor Parts, Inc.'s Motion for Transfer to the Northern District of Illinois and Certain Plaintiffs' Motion for Transfer to the District of Connecticut," filed in *In re Aftermarket Filters Antitrust Litigation*, Judicial Panel on Multidistrict Litigation, MDL Docket No. 1957 (May 8, 2008), at 9 (attached hereto as Exhibit A).

to consolidate the Filters Cases before the Honorable Mark R. Kravitz. *See* Ex. A at 10-11. Defendants' request is currently pending before the MDL Panel. Plaintiff's counsel has also agreed in principle to a stay of this action pending the MDL Panel's decision on transfer and consolidation.

Contrary to Plaintiff's suggestion, a transfer of this action within this District will neither "preserve judicial resources" nor "avoid duplicative discovery and pretrial proceedings." Pltf's Memorandum of Law, at 3. The parties to the actions filed to date have already asked the MDL Panel to consolidate the Filters Cases in an appropriate Court – in this District or elsewhere – for pretrial proceedings pursuant to Section 1407, and the Plaintiff in this action has agreed in principle to a stay pending that decision by the MDL Panel. Thus, it is highly unlikely that any substantive motions practice (let alone any discovery) will occur in any of these purported class actions before the MDL Panel consolidates the actions for pretrial proceedings.

In short, no judicial efficiency will result from shuffling this case around the District of Connecticut pending the MDL Panel's decision on transfer and consolidation. Instead, this action – like the related actions in this District and elsewhere – should remain on its current docket, pending the MDL Panel's forthcoming decision.

**CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court defer consideration of Plaintiff's transfer motion, pending the MDL Panel's transfer and consolidation of the Filters Cases pursuant to 28 U.S.C. § 1407. In the alternative, Plaintiff's motion should be denied.

Respectfully submitted,

By:_____
William O'Connor (ct02731)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, New York 10022-4611
Tel:   (212) 223-4000
Fax:   (212) 223-4134

Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:   (202) 624-2500
Fax:   (202) 628-5116

*Counsel for Defendants Purolater Filters N.A. L.L.C. and Robert Bosch LLC*[3]

By:_____
Ben A. Solnit (ct00292)
Rachel Reingold Mandel (ct26938)
TYLER, COOPER & ALCORN, LLP
555 Long Wharf Drive, 8th Floor
New Haven, Connecticut 06509
Tel:   (203) 784-8200
Fax:   (203) 777-1181

---

[3]   Plaintiff named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Robert Bosch LLC. Counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this motion.

>Margaret M. Zwisler
>LATHAM & WATKINS LLP
>555 Eleventh Street, NW
>Washington, DC 20004
>Tel:　(202) 637-2200
>Fax:　(202) 637-2201
>
>*Counsel for Defendants Champion Laboratories, Inc. and United Components, Inc.*

By:_____
>David L. Belt (ct04274)
>JACOBS, GRUDBERG, BELT, DOW
>& KATZ, P.C.
>350 Orange Street
>P.O. Box 606
>New Haven, Connecticut 06503-0606
>Tel:　(203) 772-3100
>Fax:　(203) 772-1691
>
>John DeQ. Briggs
>HOWREY LLP
>1299 Pennsylvania Avenue, NW
>Washington, DC 20004
>Tel:　(202) 783-0800
>Fax:　(202) 318-8574
>
>*Counsel for Defendant Wix Filtration Corp., LLC*

By:_____
>David S. Hardy (ct20904)
>CARMODY & TORRANCE LLP
>195 Church Street
>P.O. Box 1950
>New Haven, Connecticut 06509-1950
>Tel:　(203) 777-5501
>Fax:　(203) 784-3199
>
>Edward D. Hassi
>O'MELVENY & MYERS LLP
>Times Square Tower
>7 Times Square
>New York, New York 10036

5

Tel: (212) 326-4318
Fax: (212) 326-2061

*Counsel for Defendant Honeywell International Inc.*

By:_____
Edward Wood Dunham (ct05429)
Erika L. Amarante (ct22393)
WIGGIN & DANA LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889

James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Tel: (414) 297-5530
Fax: (414) 297-4900

*Counsel for Defendant Donaldson Company, Inc.*


By:_____
Kenneth W. Ritt (ct05982)
Thomas D. Goldberg (ct04396)
DAY PITNEY LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Tel: (203) 977-7300
Fax: (203) 977-7301

Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

*Counsel for Defendant Cummins Filtration Inc.*

By:_____

6

  David A. Ball (ct10154)
  Stewart I. Edelstein (ct06021)
  COHEN & WOLF, P.C.
  1115 Broad Street
  P.O. Box 1821
  Bridgeport, Connecticut 06604
  Tel: (203) 337-4134
  Fax: (203) 394-9901

  Alan Kanzer
  ALSTON & BIRD LLP
  90 Park Avenue
  New York, New York 10016
  Tel: (212) 210-9400
  Fax: (212) 210-9444

  *Counsel for Defendant Mann + Hummel U.S.A., Inc.*

By:_____
  Joseph D. Jean (ct18707)
  DICKSTEIN SHAPIRO LLP
  1177 Avenue of the Americas
  New York, New York 10036
  Tel: (212) 277-6500
  Fax: (212) 277-6501

  Peter J. Kadzik
  DICKSTEIN SHAPIRO LLP
  1825 Eye Street, NW
  Washington, DC 20006
  Tel: (202) 420-2200
  Fax: (202) 420-2201

  *Counsel for Defendant ArvinMeritor, Inc.*


By:_____
  Francis H. Morrison III (ct04200)
  Maria Eleni Kokiasmenos (ct27005)
  AXINN, VELTROP & HARKRIDER
  90 State House Square
  Hartford, Connecticut 06103-3702
  Tel: (860) 275-8100
  Fax: (860) 275-8101

        Darrell Prescott
        BAKER & MCKENZIE LLP
        1114 Avenue of the Americas
        New York, New York 10036
        Tel:   (212) 626-4100
        Fax:  (212) 310-1600

        *Counsel for Defendant Baldwin Filters, Inc.*

Dated: May 13, 2008

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 13, 2008, a true and correct copy of the foregoing Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Transfer was filed electronically. Notice of this filing will be sent by electronic mail message to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                                  William M. O'Connor