UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FLASH SALES, INC., on<br>behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC., WIX<br>FILTRATION PRODUCTS, CUMMINS<br>FILTRATION INC., THE DONALDSON<br>COMPANY, BALDWIN FILTERS INC., BOSCH<br>U.S.A., MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC., and UNITED<br>COMPONENTS, INC.,<br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No.<br>3:08cv00512-CFD<br><br><br><br>MAY 13, 2008 |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF ATTORNEY HOLLIS L. SALZMAN

Doug Dubitsky, on behalf of Plaintiff, Flash Sales, Inc., hereby moves the Court for an order, pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, permitting Attorney Hollis L. Salzman to represent Plaintiff, Flash Sales, Inc., before this Court in this matter.

## ORAL ARGUMENT IS REQUESTED

514479

Attorney Salzman practices law with the law firm of Labaton Sucharow LLP located at 140 Broadway, 33rd Floor, New York, NY 10005. Attorney Salzman is a member in good standing of the Bars of the State of New York, New Jersey and Florida. Attorney Salzman has never been denied admission or disciplined by this Court or any other court. Granting this Motion will not require any modification to the scheduling order in this action. In support of this Motion, Plaintiff, Flash Sales, Inc., submits the attached Affidavits of Doug Dubitsky and Hollis L. Salzman.

Respectfully submitted,
THE PLAINTIFF,
Flash Sales, Inc.

By: _____
DOUG DUBITSKY, ESQ.
Fed. Bar. No. ct21558
Updike, Kelly & Spellacy, P.C.
P.O. Box 231277
One State Street
Hartford, CT 06123-1277
Tel. (860) 548-2600
Fax (860) 548-2680
ddubitsky@uks.com

514479

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on<br>behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC., WIX<br>FILTRATION PRODUCTS, CUMMINS<br>FILTRATION INC., THE DONALDSON<br>COMPANY, BALDWIN FILTERS INC., BOSCH<br>U.S.A., MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC., and UNITED<br>COMPONENTS, INC.,<br><br>Defendants. | Civil Action No.<br>3:08cv00512-CFD<br><br><br><br>MAY 13, 2008 |

**AFFIDAVIT OF DOUG DUBITSKY**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***
**OF ATTORNEY HOLLIS L. SALZMAN**

STATE OF CONNECTICUT     :
                         :     SS.   HARTFORD MAY 13, 2008
COUNTY OF HARTFORD       :

I, DOUG DUBITSKY, being duly sworn, depose and say:

1. I am over the age of eighteen (18) years and understand the obligation of an oath.

514479

2. I am the attorney representing the Plaintiff, Flash Sales, Inc., in this matter. I practice with the law firm of Updike, Kelly & Spellacy, P.C. One State Street, Hartford, CT 06123, and am a member in good standing of the Bar of the Superior Court of the State of Connecticut and the Bar of the United States District Court for the District of Connecticut.

3. I make this Affidavit in support of Plaintiff's Motion for Admission of Hollis L. Salzman *Pro Hac Vice* for purposes of the instant case only.

4. Attorney Salzman practices law with the law firm of Labaton Sucharow LLP located at 140 Broadway, 33rd Floor, New York, NY 10005.

5. Attorney Salzman is a member in good standing of the Bars of the State of New York, New Jersey and Florida. Attorney Salzman is also admitted to practice before the United States District Courts for the Southern and Middle Districts of Florida, the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Eleventh Circuit.

6. Attorney Salzman has never been denied admission or disciplined by this or any other Court.

514479

7. Plaintiff Flash Sales, Inc., has asked that Updike, Kelly & Spellacy, P.C. work with Labaton Sucharow LLP on the defense of this matter and we will continue to do so.

_____
DOUG DUBITSKY

Subscribed and sworn to before me
this 13 day of May, 2008.
_____
Notary Public
My Commission Expires:

514479

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,<br><br>Defendants. | Civil Action No.<br>3:08cv00512-CFD<br><br><br><br>MAY 9, 2008 |

## AFFIDAVIT OF HOLLIS L. SALZMAN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF NEW YORK    :
                     :    SS. MAY 9, 2008
COUNTY OF NEW YORK   :

I, HOLLIS L. SALZMAN, being duly sworn, depose and say:

1.   I am over the age of eighteen (18) years and understand the obligation of an oath.

2. I am an associate in the firm of Labaton Sucharow LLP located at 140 Broadway, 33rd Floor, New York, NY 10005. My telephone number is (212) 907-0717; my facsimile number is (212) 883-7017; and my email address is: hsalzman@labaton.com

3. I am one of the attorneys for Flash Sales, Inc., in the above-referenced matter and make this Affidavit in support of the Plaintiff's Motion for Admission *Pro Hac Vice* for purposes of the instant case only.

4. I am a member of the Bars of the State of New York, New Jersey and Florida. I am also admitted to practice before the United States District Courts for the Southern and Middle Districts of Florida, the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Eleventh Circuit.

5. I do not have a grievance pending against me in this or any other jurisdiction. I have never been reprimanded, suspended, placed on inactive status, disbarred or ever resigned from the practice of law. I have never been denied admission or disciplined by this or any other Court.

6. I am a graduate of Boston University and Nova University School of Law.

7. I have reviewed and am familiar with Rules of the United States District Court for the District of Connecticut.

8. The Plaintiff, Flash Sales, Inc., has asked Attorney Doug Dubitsky of the law firm of Updike, Kelly & Spellacy, P.C. to work with me on the defense of this matter and he has stated that

he is willing to do so. I have asked Attorney Dubitsky to be my sponsoring lawyer in this matter and he has stated that he is willing to do so.

HOLLIS L. SALZMAN

Subscribed and sworn to before me this 9th day of MAY, 2008.

Notary Public
My Commission Expires:

WILMA E. RIVERA
Notary Public, State of New York
No. 01RI4985716
Qualified in Queens County
Commission Expires August 26, 20 09

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC.<br>Defendants. | Civil Action No.<br>3:08cv00512-CFD<br><br><br><br><br>MAY 13, 2008 |

NOTICE OF MANUAL FILING

Please take notice that the undersigned counsel, Doug Dubitsky, on behalf of plaintiff Flash Sales, Inc. has manually filed a Motion for Admission Pro Hac Vice of Attorney Hollis L. Salzman to represent plaintiff before this Court in this matter and the supporting affidavits attached thereto.

The aforementioned documents have not been filed electronically due to the Court rule regarding the filing of Pro Hac Vice Motion.

A disk containing a PDF version of the aforementioned documents is being

514493

simultaneously filed with Office of the Court Clerk.

The Motion for Admission Pro Hac Vice of Attorney Hollis L. Salzman and the supporting Affidavits attached thereto have been manually served on all parties by U.S. Mail, postage prepaid, this 13th day of May, 2008.

>   Respectfully submitted,
>   THE PLAINTIFF,
>   Flash Sales, Inc.
>
>   By: _____
>   DOUG DUBITSKY, ESQ.
>   Fed. Bar. No. ct21558
>   Updike, Kelly & Spellacy, P.C.
>   P.O. Box 231277
>   One State Street
>   Hartford, CT 06123-1277
>   Tel. (860) 548-2600
>   Fax (860) 548-2680
>   ddubitsky@uks.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed postage-prepaid this 13th day of May, 2008 to the following counsel of record:

SEE ATTACHED SCHEDULE A

By: _____
Doug Dubitsky, Esq.

## SCHEDULE A

Benjamin A. Solnit, Esq.
Tyler Cooper & Alcorn LLP
555 Long Wharf Drive
8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
Phone: 203.784-8205
Fax: 203.777-1181
E-mail: bsolnit@tylercooper.com
Web site: http://www.tylercooper.com/

Francis H. Morrison III, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
11th Floor
Hartford, CT 06103-3704
Phone: 860.275-8155
Fax: 860.275.8101
E-mail: fhm@avhlaw.com

William M. O'Connor, Esq.
Crowell & Moring
153 East 53rd Street,
31st Floor
New York, NY 10022-4611
Phone: 212.895.4259
Fax: 212.223.4134
E-mail: woconnor@crowell.com

Erika L. Amarante, Esq.
Wiggin and Dana
One Century Tower
P.O. Box 1832
265 Church Street
New Haven, CT 06508-1832
Phone: 203.498.4493
Fax: 203.782.2889
E-mail: eamarante@wiggin.com
Web site: http://www.wiggin.com

Rachel Reingold Mandel, Esq.
Tyler Cooper & Alcorn LLP
555 Long Wharf Drive
8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
Phone: 203.784-8441
Fax: 203.777-1181
E-mail: rmandel@tylercooper.com
Web site: http://www.tylercooper.com/

Maria E. Kokiasmenos, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
11th Floor
Hartford, CT 06103-3704
Phone: 860.275-8133
Fax: 860.275.8101
E-mail: mek@avhlaw.com

Edward Wood Dunham, Esq.
Wiggin and Dana
One Century Tower
P.O. Box 1832
265 Church Street
New Haven, CT 06508-1832
Phone: 203.498.4327
Fax: 203.782.2889
E-mail: edunham@wiggin.com
Website: http://www.wiggin.com/

Stewart I. Edelstein, Esq.
Cohen and Wolf
1115 Broad Street
Bridgeport, CT 06604
Phone: 203.337.4144
Fax: 203. 337.5544
E-mail: sedelstein@cohenandwolf.com
Web site: http://www.cohenandwolf.com

514530

David A. Ball, Esq.
Cohen and Wolf
1115 Broad Street
Bridgeport, CT  06604
Phone:  203. 368.0211
Fax:  203. 337.5534
E-mail:  dball@cohenandwolf.com
Web site:  http://www.cohenandwolf.com


David S. Hardy
Carmody & Torrence – New Haven
195 Church Street, 18th Floor
PO Box 1950
New Haven, CT 06509-1950
Phone:  203.784.3119
Fax:  203.784.31999
Email:  dhardy@carmodylaw.com


David L. Belt
Jacobs, Grudberg, Belt, Dow & Katz, PC
350 Orange Street
PO Box 606
New Haven, CT  06503-0606
Phone:  203.772.3100
Fax:  203-772-1691
Email:  dbelt@jacoblaw.com


Kenneth W. "Ken" Ritt, Esq.
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Phone:  203. 977 7318
Fax:  203. 977 7301
E-mail:  kwritt@daypitney.com


Joseph D. Jean, Esq.
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY
10036-2714
Phone:  212.277-6753
Fax:  212.277-6501
E-mail:  jeanj@dicksteinshapiro.com
Web site:  http://www.dicksteinshapiro.com


James K. Robertson, Jr.
Carmody & Torrence
50 Leavenworth Street
PO Box 1110
Waterbury, CT  06721-1110
Phone:  203.575.2636
Email:  jrobertson@carmodylaw.com


Thomas D. "Tom" Goldberg, Esq.
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Phone:  203. 977 7383
Fax:  203. 977 7301
E-mail:  tdgoldberg@daypitney.com

514530