UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL, INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.<br><br>Defendants. | Civil Action No. 3:08-cv-00512-CFD<br><br><br><br>May 12, 2008 |

## MOTION FOR ADMISSION OF VISITING LAWYER JOHN DeQ. BRIGGS

Pursuant to D. Conn. L. Civ. R. 83.1(d), David L. Belt, a member of the bar of this Court, and appearing for Defendant Wix Filtration Corp LLC in the above-captioned matter, hereby moves for permission allowing John DeQ. Briggs of the law firm of Howrey LLP to appear as a visiting lawyer to represent Defendant Wix Filtration Corp LLC in this action.

In support of this motion, as set forth in the affidavit(s) of John DeQ. Briggs attached hereto as Exhibit A, the undersigned, upon information and belief, states:

**ORAL ARGUMENT NOT REQUESTED**

- 2 -

1. John DeQ. Briggs is a member of the law firm of Howrey LLP with an office at 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004. His telephone number is (202) 783-0800; his fax number is (202) 318-8574; and his email address is briggsj@howrey.com.

2. Mr. Briggs is a member of the bars of the District of Columbia, the United States District Court for the District of Columbia, the United States Courts of Appeals for the District of Columbia, and the First, Second, Third, Fourth, Sixth, Ninth, Eleventh and Federal Circuits and the United States Supreme Court.

3. Mr. Briggs has not been denied admission or disciplined by this court or any other court.

4. Mr. Briggs has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

5. Pursuant to D. Conn. L. Civ. R. 83.1(d)(2), service of all papers served on Defendant Wix Filtration Corp LLC shall also be made on David L. Belt, Esq., Jacobs, Grudberg, Belt, Dow & Katz P.C., 350 Orange Street, P.O. Box 606, New Haven, Connecticut 06503-0606, who has appeared for Defendant Wix Filtration Corp LLC.

6. This motion is accompanied by payment to the Clerk of the Court the fee of $25.00 required by D. Conn. L. Civ. R. 83.1(d)(2).

WHEREFORE, the undersigned respectfully requests that this Court allow John DeQ. Briggs to represent Defendant Wix Filtration Corp LLC in this action.

- 3 -

DEFENDANT
WIX FILTRATION CORP LLC

By _____[signature]_____
David L. Belt (ct04274)
JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
350 Orange Street
New Haven, CT 06503
Phone:(203) 772-3100
Fax:(203) 772–1691
dbelt@jacobslaw.com

*Counsel for Defendant Wix Filtration Corp LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL, INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.<br><br>Defendants. | Civil Action No. 3:08-cv-00512-CFD<br><br><br><br><br><br><br><br><br><br>May ___ 2008 |

**AFFIDAVIT OF JOHN DeQ. BRIGGS IN SUPPORT OF
MOTION FOR PERMISSION TO REPRESENT DEFENDANT
<u>WIX FILTRATION CORP LLC IN THIS ACTION</u>**

WASHINGTON          )
                    ) ss:
DISTRICT OF COLUMBIA )

JOHN DeQ. BRIGGS, being duly sworn says:

1.   I am an individual over the age of eighteen and fully competent to make this affidavit.

2.      I am a partner in the law firm of Howrey LLP. My office address is 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004. My telephone number is (202) 783-0800; my fax number is (202) 318-8574. My email address is briggsj@howrey.com.

3.      I am a member of the bars of the District of Columbia, the United States District Court for the District of Columbia, the United States Courts of Appeals for the District of Columbia and the First, Second, Third, Fourth, Sixth, Ninth, Eleventh and Federal Circuits and the United States Supreme Court.

4.      I have not been denied admission or disciplined by this Court or any other court.

5.      Pursuant to D. Conn. L. Civ. R. 83.1(d)(2), I hereby specify that all papers served on Defendant Wix Filtration Corp LLC shall also be made on David L. Belt, Esq., Jacobs, Grudberg, Belt, Dow & Katz P.C., 350 Orange Street, P.O. Box 606, New Haven, Connecticut 06503-0606, who has appeared for Defendant Wix Filtration Corp LLC in this action.

6.      I have fully reviewed and am familiar with the Civil Rules of the United States District Court for the District of Columbia.

_____
John DeQ. Briggs

Subscribed and sworn to before me this _____ day of May, 2008.

_____
Notary Public
My Commission Expires October 14, 2011

- 2 -

## CERTIFICATE OF SERVICE

       I hereby certify that on May 12, 2008, a copy of the foregoing Motion for Admission of Visiting Lawyer John DeQ. Briggs was mailed via first class mail, postage prepaid to all counsel of record.

Doug Dubitsky, Esq.
Updike, Kelly & Spellacy, PC
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Benjamin A. Solnit, Esq.
Rachel Reingold Mandel, Esq.
Tyler, Cooper & Alcorn, LLP
555 Long Wharf Drive - 18th Floor
P.O. Box 1936
New Haven, CT 06509-0906

William M. O'Connor, Esq.
Crowell & Moring LLP
153 E. 53rd Street - 31st Floor
New York, N.Y. 10022

David S. Hardy, Esq.
James K. Robertson, Jr., Esq.
Carmody & Torrance
195 Church Street - 18th Floor
New Haven, CT 06509-1950

Kenneth W. Ritt, Esq.
Thomas D. Goldberg, Esq.
Day Pitney LLP - Stamford
One Canterbury Green
Stamford, CT 06901

Edward Wood Dunham, Esq.
Erika L. Amarante, Esq.
Wiggin & Dana
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Francis H. Morrison, III, Esq.
Maria Eleni Kokiasmenos, Esq.
Michelle H. Seagull, Esq.
Axinn, Veltrop & Harkrider
90 State House Square
Hartford, CT 06103-3702

David A. Ball, Esq.
Stewart I. Edelstein, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Joseph D. Jean, Esq.
Dickstein Shapiro, LLP
1177 Avenue of the Americas
New York, N.Y. 20036

_____
David L. Belt