**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

FLASH SALES, INC., on behalf of itself and all
others similarly situated,

          Plaintiffs,

vs.

CHAMPION LABORATORIES, INC.;
PUROLATOR FILTERS NA LLC;
HONEYWELL INTL INC.; WIX FILTRATION
PRODUCTS; CUMMINS FILTRATION INC.;
THE DONALDSON COMPANY; BALDWIN
FILTERS INC.; BOSCH U.S.A.; MANN +
HUMMEL U.S.A. INC.; ARVINMERITOR INC.;
UNITED COMPONENTS INC., and THE
CARLYLE GROUP,

          Defendants.
_____/

Case No. 3:08-cv-00512-CFD

**STIPULATION AND PROPOSED CONSENT ORDER FOR EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO COMPLAINT**

    WHEREAS plaintiff Flash Sales, Inc. (the "Plaintiff") has filed the above-captioned case ("Plaintiff's Action");

    WHEREAS Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion Laboratories, Inc., United Components, Inc., Purolator Filters N.A. L.L.C., Bosch U.S.A., Mann + Hummel U.S.A., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Cummins Filtration Inc., Donaldson Company, Inc., and Baldwin Filters, Inc. (the "Defendants");

WHEREAS at least fourteen complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

WHEREAS two motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

WHEREAS Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court (the "MDL Order");

WHEREAS Plaintiff and Defendants (the "Parties") have agreed that an orderly schedule for any response to the complaint in Plaintiff's Action would be more efficient for the Parties and for the Court;

WHEREAS Plaintiff agrees that the deadline for the Defendants to answer, move, or otherwise respond to the complaint in the Plaintiff's Action shall be extended until the earliest of the following dates: (1) thirty days after the filing of a Consolidated Complaint in the Filters Cases ("Response Date"); or (2) thirty days after Plaintiff provides written notice to Defendants that Plaintiff does not intend to file a Consolidated Complaint, *provided*, *however*, that in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise respond in any of the Filters Cases prior to the Response Date, then that Defendant shall respond to the complaint in the Plaintiff's Action by that earlier date; and

WHEREAS Plaintiff further agrees that this extension is available, without further stipulation with counsel for Plaintiff, to all Defendants who notify Plaintiff in writing of their intention to join this Stipulation.

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The time for Defendants to answer, move, or otherwise respond to the complaint in Plaintiff's Action shall be extended until the earliest of the following dates: (1) the Response Date; or (2) thirty days after Plaintiff provides written notice to Defendants that Plaintiff does not intend to file a Consolidated Complaint, *provided*, *however*, that in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise respond in any Filters Case prior to the Response Date, then that Defendant shall respond to the complaint in the Plaintiff's Action by that earlier date.

2. The provisions of this Stipulation are available, without further stipulation with counsel for Plaintiff, to all Defendants who notify Plaintiff in writing of their intention to join this Stipulation.

IT IS SO STIPULATED.

Dated: May 14, 2008                                    Respectfully submitted,

/s/ Ben A. Solnit
Benjamin A. Solnit (ct00292)
Rachel Reingold Mandel
TYLER, COOPER & ALCORN, LLP
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509-0906
Telephone: 203-784-8205
Fax: 203-777-1181

Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092
Fax: 202-637-2201

*Counsel for Defendants Champion Labs., Inc. and United Components Inc.*

/s/ William M. O'Connor
William M. O'Connor (ct02731)
CROWELL & MORING LLP
153 E. 53rd St., 31st Fl.
New York, NY 10022
Telephone: 212-895-4200
Fax: 212-895-4201

Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-624-2500
Fax: 202-628-5116

*Counsel for Purolator Filters N.A. L.L.C. and Robert Bosch LLC*

/s/ Doug Dubitsky
Kerry R. Callahan (ct06569)
Doug Dubitsky (ct21558)
UPDIKE, KELLY & SPELLACY, P.C.
One State St.
PO Box 231277
Hartford, CT 06123-1277
Telephone: 860-548-2643
Fax: 860-548-6043

Bernard Persky
Hollis L. Salzman
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Mark Goldman
GOLDMAN SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: 484-342-0700
Fax: 484-342-0701

Gary Freidman
Tracey Kitzman
FRIEDMAN LAW GROUP LLP
270 Lafayette St., Suite 1410
New York, NY
Telephone: 212-680-5150
Fax: 646-277-1151

Corey D. Holzer
HOLZER & HOLZER, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
Telephone: 770-392-0090
Fax: 770-392-0029

*Counsel for Plaintiff*

4

/s/ David S. Hardy
David S. Hardy  (ct20904)
CARMODY & TORRANCE
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509-1950
Telephone: 203-784-3119
Fax: 203-784-3199

James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street, Po Box 1110
Waterbury, CT 06721-1110
Telephone: 203-575-2636

Richard G. Parker
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  202-383-5300

Edward Hassi
Gerald A. Stein
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036
Telephone:  212-326-2000

*Counsel for Honeywell International Inc.*

/s/ David L. Belt
David L. Belt (ct04274)
Trisha M. Morris
JACOBS, GRUDBERG, BELT, DOW &
KATZ, P.C.
350 Orange Street, P.O. Box 606
New Haven, CT 06503-0606
Telephone: 203-772-3100
Fax: 203-772-1691

John DeQ. Briggs
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-783-0800
Fax: 202-318-8574

*Counsel for Wix Filtration Products*


/s/ Kenneth W. Ritt
Kenneth W. Ritt (ct05982)
Thomas D. Goldberg
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: 203-977-7300

Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone:  212-474-1000
Fax:  212-474-3700

*Counsel for Cummins Filtration Inc.*

/s/ Edward Wood Dunham
Edward Wood Dunham (ct05429)
Erika L. Amarante
WIGGIN & DANA
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Fax: 203-782-2889

James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*


/s/ Francis H. Morrison, III
Francis H. Morrison, III  (ct04200)
Maria Eleni Kokiasmenos
Michelle H. Seagull
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103-3702
Telephone: 860-275-8100
Fax: 860-275-8101

Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

/s/ David A. Ball
David A. Ball (ct10154)
Stewart I. Edelstein
COHEN & WOLF, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
Telephone: 203-368-0211

Alan Kanzer
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: 212-210-9400
Fax: 212-210-9444

*Counsel for Mann + Hummel USA, Inc.*

/s/ Joseph D. Jean
Joseph D. Jean (ct18707)
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, NY 20036
Telephone: 212-277-6753
Fax: 917-432-7517

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc.*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT to conserve party and judicial resources and in light of the proceedings currently pending before the Judicial Panel on Multidistrict Litigation to consolidate and transfer all pending Filters Cases to one Court, this extension is available in all related actions (filed before or transferred to the undersigned) to any defendant that provides written notice to all Plaintiffs' of its intention to join this extension, without further stipulation with counsel for Plaintiffs in the related actions.

Dated:   May __, 2008                                   _____
                                                        CHRISTOPHER F. DRONEY
                                                        United States District Judge