## STEPHEN P. DONNELLY

State Marshal, Middlesex County
P. O. Box 623
Westbrook, CT 06498
Cell Phone 860-227-3571

## SUPPLEMENTAL RETURN

Docket No:  3:08-cv-00512-CFD

Flash Sales, Inc., on behalf of itself and all others similarly situated
VS.
Champion Laboratories, Inc. et al

STATE  OF CONNECTICUT)
                     ) ss:  Westbrook   May 2, 2008
COUNTY  OF  MIDDLESEX)

The attached Domestic Return Receipt, #7004 2510 0005 5626 2342 for the above captioned civil matter, addressed to:  **The Secretary, WIX Filtration, Corp, LLC,** One Wix Way, Gastonia, NC 28054, was returned to me.  It was signed by Clayton Butter? on April 16, 2008.

The within is the Domestic Return Receipt for this matter with my doings hereon endorsed.

Attest:

UpdikeKellySupplement

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Clayton Butter    ☐ Agent  ☐ Addressee |
| | B. Received by ( Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>The Secretary<br>WIX Filtration Corp LLC<br>One WIX Way<br>Gastonia, NC 28054 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>GAS 28052-9998 C<br>APR 16 2008 |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0005 5626 2342 |