**STEPHEN P. DONNELLY**
State Marshal, Middlesex County
P. O. Box 623
Westbrook, CT 06498
Cell Phone 860-227-3571

## SUPPLEMENTAL RETURN

Docket No:   3:08-cv-00512-CFD

Flash Sales, Inc., on behalf of itself and all others similarly situated
VS.
Champion Laboratories, Inc. et al

STATE  OF CONNECTICUT)
                     ) ss:  Westbrook    May 2, 2008
COUNTY  OF  MIDDLESEX)

The attached Domestic Return Receipt, #7004 2510 0005 5626 2298 for the above captioned civil matter, addressed to: **The Secretary, Champion Laboratories, Inc.**, 200 South Fourth Street, Albion, IL  62806, was returned to me.  It was signed by T. Keiner(?) on April 15, 2008.

The within is the Domestic Return Receipt for this matter with my doings hereon endorsed.

                        Attest:

UpdikeKellySupplemen[t]

**STEPHEN P. DONNELLY**
State Marshal, Middlesex County
P. O. Box 623
Westbrook, CT 06498
Cell Phone 860-227-3571

**SUPPLEMENTAL RETURN**

Docket No:   3:08-cv-00512-CFD

Flash Sales, Inc., on behalf of itself and all others similarly situated
VS.
Champion Laboratories, Inc. et al

STATE  OF CONNECTICUT)
                     ) ss:  Westbrook     May 2, 2008
COUNTY  OF  MIDDLESEX)

The attached Domestic Return Receipt, #7004 2510 0005 5626 2281 for the above captioned civil matter, addressed to: **Champion Laboratories, Inc. C/O CT Corporation System**, 208 South LaSalle Street, Suite 814, Chicago, IL  60604, was returned to me.  It was stamped received on April 23, 2008.

The within is the Domestic Return Receipt for this matter with my doings hereon endorsed.

                        Attest:

UpdikeKellySupplement

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Champion Laboratories, Inc
C/O CT Corporation System
208 Sout LaSalle St. Suite 814
Chicago, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                         ☐ Agent
                          ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
RECEIVED
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No
APR 1 7 2008
CT SOP DEPT

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0005 5626 2281

PS Form 3811, February 2004      Domestic Return Receipt