**STEPHEN P. DONNELLY**
State Marshal, Middlesex County
P. O. Box 623
Westbrook, CT 06498
Cell Phone 860-227-3571

**SUPPLEMENTAL RETURN**

Docket No:   3:08-cv-00512-CFD

Flash Sales, Inc., on behalf of itself and all others similarly situated
VS.
Champion Laboratories, Inc. et al

STATE  OF CONNECTICUT)
                     ) ss:  Westbrook    May 2, 2008
COUNTY  OF  MIDDLESEX)

The attached Domestic Return Receipt, #7004 2510 0005 5626 2373 for the above captioned civil matter, addressed to: **The Secretary, Purolator Filters NA, LLC**, 3200 Natal Street, Fayetteville, NC  28306-2845, was returned to me.  It was signed by Alona Kilch on April 15, 2008.

The within is the Domestic Return Receipt for this matter with my doings hereon endorsed.

Attest:

[signature]

UpdikeKellySupplement

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Secretary
   Purolator Filters NA LLC
   3200 Natal St.
   Fayetteville, NC 28306-2845

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☒ Agent  ☐ Addressee

B. Received by (Printed Name):  Alona Kilch
C. Date of Delivery: 4-15-08

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7004 2510 0005 5626 2373

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540