**STEPHEN P. DONNELLY**
State Marshal, Middlesex County
P. O. Box 623
Westbrook, CT 06498
Cell Phone 860-227-3571

**SUPPLEMENTAL RETURN**

Docket No: 3:08-cv-00512-CFD

Flash Sales, Inc., on behalf of itself and all others similarly situated
VS.
Champion Laboratories, Inc. et al

STATE  OF CONNECTICUT)
                     ) ss:  Westbrook    May 2, 2008
COUNTY  OF  MIDDLESEX)

The attached Domestic Return Receipt, #7004 2510 0005 5626 2380 for the above captioned civil matter, addressed to: **The Secretary, United Components, Inc.**, 14601 Highway 41 N, Evansville, IL  47725-9357, was returned to me.  It was signed by Kristi Porter on April 14, 2008.

The within is the Domestic Return Receipt for this matter with my doings hereon endorsed.

Attest:

UpdikeKellySupplement

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Secretary
United Components, Inc.
14601 Highway 41 N
Evansville, IL 47725-9357

2. Article Number (Transfer from service label)
7004 2510 0005 5626 2380

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kristi Porter    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Kristi Porter                   4/14/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes