**STEPHEN P. DONNELLY**
State Marshal, Middlesex County
P. O. Box 623
Westbrook, CT 06498
Cell Phone 860-227-3571

## SUPPLEMENTAL RETURN

Docket No:  3:08-cv-00512-CFD

Flash Sales, Inc., on behalf of itself and all others similarly situated
VS.
Champion Laboratories, Inc. et al

STATE  OF CONNECTICUT)
                     ) ss:  Westbrook    May 2, 2008
COUNTY  OF  MIDDLESEX)

The attached Domestic Return Receipt, #7004 2510 0005 5626 2328 for the above captioned civil matter, addressed to: **The Secretary, Mann & Hummel USA, Inc.**, 6400 S. Sprinkle Road, Portage, MI  49002-9706, was returned to me.  It was signed by Wendy Underly on April 14, 2008.

The within is the Domestic Return Receipt for this matter with my doings hereon endorsed.

Attest:

UpdikeKellySupplement

[Domestic Return Receipt card showing signature of Wendy Underly, date of delivery 4-14-08, addressed to The Secretary, Mann & Hummel USA Inc, 6400 S. Sprinkle Rd, Portage, MI 49002-9706, Article Number 7004 2510 0005 5626 2328]