UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATER FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A. INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,<br><br>Defendants. | Case No. 3:08 CV 00512 CFD<br><br>(Hon. Christopher F. Droney) |

### DEFENDANTS' NOTICE OF WITHDRAWAL OF OPPOSITION TO PLAINTIFF'S MOTION TO TRANSFER

Defendants[1] hereby withdraw their opposition (Docket No. 63) to Plaintiff's motion to transfer this action to the Honorable Janet Bond Arterton pursuant to 28 U.S.C. § 1404(b). This withdrawal is without prejudice (1) to any and all defenses that Defendants may assert in this action, including but not limited to those defenses that may be asserted pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, and (2) to any positions Defendants may take on the appropriate designation by the Judicial Panel on Multidistrict Litigation of a transferee district court pursuant to 28 U.S.C. § 1407.

---

[1] Defendants are Champion Laboratories, Inc., Purolater Filters N.A. L.L.C., Honeywell International Inc., Wix Filtration Corp., LLC, Cummins Filtration Inc., Donaldson Company, Inc., Baldwin Filters, Inc., Robert Bosch LLC, Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., and United Components, Inc.

Respectfully submitted,

By: _____/s/ William O'Connor_____
William O'Connor (ct02731)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, New York 10022-4611
Tel:    (212) 223-4000
Fax:   (212) 223-4134

Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:    (202) 624-2500
Fax:   (202) 628-5116

*Counsel for Defendants Purolater Filters N.A. L.L.C. and Robert Bosch LLC*[2]

Ben A. Solnit (ct00292)
Rachel Reingold Mandel (ct26938)
TYLER, COOPER & ALCORN, LLP
555 Long Wharf Drive, 8th Floor
New Haven, Connecticut 06509
Tel:    (203) 784-8200
Fax:   (203) 777-1181

Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004
Tel:    (202) 637-2200
Fax:   (202) 637-2201

*Counsel for Defendants Champion Laboratories, Inc. and United Components, Inc.*

---

[2] Plaintiff named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Robert Bosch LLC. Counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this notice.

2

David L. Belt (ct04274)
JACOBS, GRUDBERG, BELT, DOW
& KATZ, P.C.
350 Orange Street
P.O. Box 606
New Haven, Connecticut 06503-0606
Tel:   (203) 772-3100
Fax:   (203) 772-1691

John DeQ. Briggs
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:   (202) 783-0800
Fax:   (202) 318-8574

*Counsel for Defendant Wix Filtration Corp., LLC*

David S. Hardy (ct20904)
CARMODY & TORRANCE LLP
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509-1950
Tel:   (203) 777-5501
Fax:   (203) 784-3199

Edward D. Hassi
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel:   (212) 326-4318
Fax:   (212) 326-2061

*Counsel for Defendant Honeywell
International Inc.*

Edward Wood Dunham (ct05429)
Erika L. Amarante (ct22393)
WIGGIN & DANA LLP
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, Connecticut 06508-1832
Tel:   (203) 498-4400
Fax:   (203) 782-2889

3

James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Tel:   (414) 297-5530
Fax:   (414) 297-4900

*Counsel for Defendant Donaldson Company, Inc.*

Kenneth W. Ritt (ct05982)
Thomas D. Goldberg (ct04396)
DAY PITNEY LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Tel:   (203) 977-7300
Fax:   (203) 977-7301

Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel:   (212) 474-1000
Fax:   (212) 474-3700

*Counsel for Defendant Cummins Filtration Inc.*

David A. Ball (ct10154)
Stewart I. Edelstein (ct06021)
COHEN & WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06604
Tel:   (203) 337-4134
Fax:   (203) 394-9901

Alan Kanzer
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Tel:   (212) 210-9400
Fax:   (212) 210-9444

*Counsel for Defendant Mann + Hummel U.S.A., Inc.*

        Joseph D. Jean (ct18707)
        DICKSTEIN SHAPIRO LLP
        1177 Avenue of the Americas
        New York, New York 10036
        Tel:    (212) 277-6500
        Fax:   (212) 277-6501

        Peter J. Kadzik
        DICKSTEIN SHAPIRO LLP
        1825 Eye Street, NW
        Washington, DC 20006
        Tel:    (202) 420-2200
        Fax:   (202) 420-2201

        *Counsel for Defendant ArvinMeritor, Inc.*

        Francis H. Morrison III (ct04200)
        Maria Eleni Kokiasmenos (ct27005)
        AXINN, VELTROP & HARKRIDER
        90 State House Square
        Hartford, Connecticut 06103-3702
        Tel:    (860) 275-8100
        Fax:   (860) 275-8101

        Darrell Prescott
        BAKER & MCKENZIE LLP
        1114 Avenue of the Americas
        New York, New York 10036
        Tel:    (212) 626-4100
        Fax:   (212) 310-1600

        *Counsel for Defendant Baldwin Filters, Inc.*

Dated: May 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, a true and correct copy of the foregoing Defendants' Notice of Withdrawal of Opposition to Plaintiff's Motion to Transfer was filed electronically. Notice of this filing will be sent by electronic mail message to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

_____
John L. Cuddihy