## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; UNITED COMPONENTS, INC. and THE CARLYLE GROUP,<br><br>              Defendants. | Case No.: 3:08–cv–00512 (CFD)<br><br><br><br><br><br><br>May 28, 2008 |

## JOINT MOTION FOR ENTRY OF STIPULATION AND PROPOSED CONSENT ORDER FOR STAY PENDING TRANSFER AND CONSOLIDATION

All parties hereby respectfully and jointly move this Court for entry of the attached Stipulation and Proposed Consent Order for Stay Pending Transfer and Consolidation. The parties agree to the following facts in support of this motion:

Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Bosch U.S.A., Mann + Hummel U.S.A., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Cummins Filtration Inc., Donaldson Company, Inc., Baldwin Filters, Inc. and United Components, Inc. (the "Defendants");

**ORAL ARGUMENT NOT REQUESTED**

At least twenty-eight complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

At least fourteen Filters Cases have been filed in the District of Connecticut, five of which are pending before The Honorable Janet Bond Arterton;

On May 16, 2008, Judge Arterton held a status conference in *S&E Quick Lube Distributors, Inc. v. Champion Labs. et al.*, No. 3:08-cv-475 (JBA), during which the court consented the Plaintiffs' request to have all of the direct purchaser Filters Cases pending in the District of Connecticut, including this case, transferred to, and consolidated before, Judge Arterton;

Plaintiff has moved to transfer this case to Judge Arterton and Defendants do not oppose such transfer;

Four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court; and

Plaintiff and Defendants have agreed that an orderly schedule for pre-trial discovery would be more efficient for the Parties and for the Court.

WHEREFORE, the parties to this action jointly move this Court to grant this Joint Motion for Entry of Stipulation and Proposed Consent Order for Stay Pending Transfer and Consolidation.

Dated: May 28, 2008

Respectfully submitted,

/s/ Rachel R. Mandel
Benjamin A. Solnit (ct00292)
Rachel Reingold Mandel (ct26938)
TYLER, COOPER & ALCORN, LLP
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509-0906
Telephone: 203-784-8205
Fax: 203-777-1181

Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092
Fax: 202-637-2201

*Counsel for Defendants Champion Labs.,
Inc. and United Components Inc.*

/s/ William M. O'Connor
William M. O'Connor (ct02731)
CROWELL & MORING LLP
153 E. 53rd St., 31st Fl.
New York, NY 10022
Telephone: 212-895-4200
Fax: 212-895-4201

/s/ Doug Dubitsky
Kerry R. Callahan (ct06569)
Doug Dubitsky (ct21558)
UPDIKE, KELLY & SPELLACY, P.C.
One State St.
PO Box 231277
Hartford, CT 06123-1277
Telephone: 860-548-2643
Fax: 860-548-6043

Bernard Persky
Hollis L. Salzman
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Mark Goldman
GOLDMAN SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: 484-342-0700
Fax: 484-342-0701

Gary Freidman
Tracey Kitzman
FRIEDMAN LAW GROUP LLP
270 Lafayette St., Suite 1410
New York, NY
Telephone: 212-680-5150
Fax: 646-277-1151

Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-624-2500
Fax: 202-628-5116

*Counsel for Purolator Filters N.A. L.L.C.
and Robert Bosch LLC*

/s/ David S. Hardy
David S. Hardy  (ct20904)
CARMODY & TORRANCE
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509-1950
Telephone: 203-784-3119
Fax: 203-784-3199

James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street, Po Box 1110
Waterbury, CT 06721-1110
Telephone: 203-575-2636

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  202-383-5300

Edward Hassi
Gerald A. Stein
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  10036
Telephone:  212-326-2000

*Counsel for Honeywell International Inc.*

Corey D. Holzer
HOLZER & HOLZER, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
Telephone: 770-392-0090
Fax: 770-392-0029

*Counsel for Plaintiff*

/s/ David L. Belt
David L. Belt (ct04274)
Trisha M. Morris
JACOBS, GRUDBERG, BELT, DOW &
KATZ, P.C.
350 Orange Street, P.O. Box 606
New Haven, CT 06503-0606
Telephone: 203-772-3100
Fax: 203-772-1691

John DeQ. Briggs
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-783-0800
Fax: 202-318-8574

*Counsel for Wix Filtration Products*


/s/ Kenneth W. Ritt
Kenneth W. Ritt (ct05982)
Thomas D. Goldberg
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: 203-977-7300

Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone:  212-474-1000
Fax:  212-474-3700

*Counsel for Cummins Filtration Inc.*

/s/ Edward Wood Dunham
Edward Wood Dunham (ct05429)
Erika L. Amarante
WIGGIN & DANA
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Fax: 203-782-2889

James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*

/s/ Francis H. Morrison, III
Francis H. Morrison, III  (ct04200)
Maria Eleni Kokiasmenos
Michelle H. Seagull
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103-3702
Telephone: 860-275-8100
Fax: 860-275-8101

Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

/s/ David A. Ball
David A. Ball (ct10154)
Stewart I. Edelstein
COHEN & WOLF, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
Telephone: 203-368-0211

Alan Kanzer
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: 212-210-9400
Fax: 212-210-9444

*Counsel for Mann + Hummel USA, Inc.*

/s/ Joseph D. Jean
Joseph D. Jean (ct18707)
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, NY 20036
Telephone: 212-277-6753
Fax: 917-432-7517

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc.*

## **CERTIFICATION**

I hereby certify that on May 28, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Rachel R. Mandel
Rachel Reingold Mandel (ct26938)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FLASH SALES, INC. on behalf of itself
and all others similarly situated,

Plaintiff,

v.

CHAMPION LABORATORIES, INC.;
PUROLATOR FILTERS N.A. L.L.C.;
HONEYWELL INTERNATIONAL INC.;
WIX FILTRATION PRODUCTS;
CUMMINS FILTRATION INC.; THE
DONALDSON COMPANY; BALDWIN
FILTERS INC.; BOSCH USA; MANN +
HUMMEL USA, INC.;
ARVINMERITOR, INC.; UNITED
COMPONENTS, INC. and THE
CARLYLE GROUP,

Defendants.

Case No.: 3:08–cv–00512 (CFD)

May 28, 2008

## STIPULATION AND PROPOSED CONSENT ORDER FOR
## STAY PENDING TRANSFER AND CONSOLIDATION

WHEREAS plaintiff Flash Sales, Inc. (the "Plaintiff") has filed the above-captioned case

("Plaintiff's Action");

WHEREAS Plaintiff alleges antitrust violations by manufacturers, distributors, and

sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the

defendants Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Bosch U.S.A., Mann +

Hummel U.S.A., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC,

Cummins Filtration Inc., Donaldson Company, Inc., Baldwin Filters, Inc. and United

Components, Inc. (the "Defendants");

WHEREAS at least twenty-eight complaints have been filed to date in federal district

courts throughout the United States by plaintiffs purporting to bring class actions on behalf of

direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

WHEREAS at least fourteen Filters Cases have been filed in the District of Connecticut, five of which are pending before The Honorable Janet Bond Arterton;

WHEREAS on May 16, 2008, Judge Arterton held a status conference in *S&E Quick Lube Distributors, Inc. v. Champion Labs. et al.*, No. 3:08-cv-475 (JBA), during which the court consented to the Plaintiff's request to have all of the direct purchaser Filters Cases pending in the District of Connecticut, including this case, transferred to, and consolidated before, Judge Arterton;

WHEREAS Plaintiff has moved to transfer this case to Judge Arterton and Defendants do not oppose such transfer;

WHEREAS four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

WHEREAS Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court;

WHEREAS Plaintiff and Defendants (the "Parties") have agreed that an orderly schedule for pre-trial discovery would be more efficient for the Parties and for the Court; and

WHEREAS the Parties agree, to the extent permitted by the Court, that their obligations pursuant to Local Rule 26, Federal Rules of Civil Procedure 16 and 26(f) and the Order on Pretrial Deadlines entered in this case shall be stayed until (1) this action is transferred to Judge Arterton and consolidated with the other Connecticut Filters Actions, in which case it will

2

proceed on the schedule set by that Court; or (2) thirty days after this Court denies Plaintiff's motion to transfer the case to Judge Arterton.

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.      The Parties' obligations pursuant to Local Rule 26(f), Federal Rules of Civil Procedure 16 and 26 and the Order on Pretrial Deadlines entered in this case shall be stayed until (1) this action is transferred to Judge Arterton and consolidated with the other Connecticut Filters Actions, in which case it will proceed on the schedule set by that Court; or (2) thirty days after this Court denies Plaintiff's motion to transfer the case to Judge Arterton.

IT IS SO STIPULATED.

Dated: May 28, 2008                          Respectfully submitted,


/s/ Rachel R. Mandel                         /s/ Doug Dubitsky
Benjamin A. Solnit (ct00292)                 Kerry R. Callahan (ct06569)
Rachel Reingold Mandel (ct26938)             Doug Dubitsky (ct21558)
TYLER, COOPER & ALCORN, LLP                  UPDIKE, KELLY & SPELLACY, P.C.
555 Long Wharf Dr., 8th Floor                One State St.
PO Box 1936                                  PO Box 231277
New Haven, CT 06509-0906                     Hartford, CT 06123-1277
Telephone: 203-784-8205                      Telephone: 860-548-2643
Fax: 203-777-1181                            Fax: 860-548-6043

Margaret M. Zwisler                          Bernard Persky
LATHAM & WATKINS LLP                         Hollis L. Salzman
555 Eleventh Street, NW                      Gregory Asciolla
Suite 1000                                   LABATON SUCHAROW LLP
Washington DC 20004-1304                     140 Broadway
Telephone: 202-637-1092                      New York, NY 10005
Fax: 202-637-2201                            Telephone: (212) 907-0700
                                             Facsimile: (212) 818-0477

*Counsel for Defendants Champion Labs., Inc.*
*and United Components Inc.*

3

/s/ William M. O'Connor
William M. O'Connor  (ct02731)
CROWELL & MORING LLP
153 E. 53rd St., 31st Fl.
New York, NY 10022
Telephone: 212-895-4200
Fax: 212-895-4201

Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-624-2500
Fax: 202-628-5116

*Counsel for Purolator Filters N.A. L.L.C. and
Robert Bosch LLC*

/s/ David S. Hardy
David S. Hardy  (ct20904)
CARMODY & TORRANCE
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509-1950
Telephone: 203-784-3119
Fax: 203-784-3199

James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street, Po Box 1110
Waterbury, CT 06721-1110
Telephone: 203-575-2636

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  202-383-5300

Mark Goldman
GOLDMAN SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: 484-342-0700
Fax: 484-342-0701

Gary Freidman
Tracey Kitzman
FRIEDMAN LAW GROUP LLP
270 Lafayette St., Suite 1410
New York, NY
Telephone: 212-680-5150
Fax: 646-277-1151

Corey D. Holzer
HOLZER & HOLZER, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
Telephone: 770-392-0090
Fax: 770-392-0029

*Counsel for Plaintiff*

Edward Hassi
Gerald A. Stein
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: 212-326-2000

*Counsel for Honeywell International Inc.*


/s/ David L. Belt
David L. Belt (ct04274)
Trisha M. Morris
JACOBS, GRUDBERG, BELT, DOW & KATZ,
P.C.
350 Orange Street, P.O. Box 606
New Haven, CT 06503-0606
Telephone: 203-772-3100
Fax: 203-772-1691

John DeQ. Briggs
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-783-0800
Fax: 202-318-8574

*Counsel for Wix Filtration Products*

/s/ Kenneth W. Ritt
Kenneth W. Ritt (ct05982)
Thomas D. Goldberg
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: 203-977-7300

Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

/s/ Edward Wood Dunham
Edward Wood Dunham (ct05429)
Erika L. Amarante
WIGGIN & DANA
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Fax: 203-782-2889

James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*

/s/ Francis H. Morrison, III
Francis H. Morrison, III  (ct04200)
Maria Eleni Kokiasmenos
Michelle H. Seagull
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103-3702
Telephone: 860-275-8100
Fax: 860-275-8101

Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

/s/ David A. Ball
David A. Ball (ct10154)
Stewart I. Edelstein
COHEN & WOLF, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
Telephone: 203-368-0211

Alan Kanzer
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: 212-210-9400
Fax: 212-210-9444

*Counsel for Mann + Hummel USA, Inc.*

/s/ Joseph D. Jean
Joseph D. Jean (ct18707)
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, NY 20036
Telephone: 212-277-6753
Fax: 917-432-7517

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FLASH SALES, INC. on behalf of itself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; UNITED COMPONENTS, INC. and THE CARLYLE GROUP, | Case No.: 3:08–cv–00512 (CFD) |
| Defendants. | |

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED:

The Parties' obligations pursuant to Local Rule 26(f), Federal Rules of Civil Procedure 16 and 26 and the Order on Pretrial Deadlines entered in this case shall be stayed until (1) this action is transferred to Judge Arterton and consolidated with the other Connecticut Filters Actions, in which case it will proceed on the schedule set by that Court; or (2) thirty days after this Court denies Plaintiff's motion to transfer the case to Judge Arterton.

IT IS FURTHER ORDERED THAT:

To conserve party and judicial resources and in light of the proceedings currently pending before the Judicial Panel on Multidistrict Litigation to consolidate and transfer all pending Filters Cases to one Court, this stay is available in all related actions assigned to the undersigned to any

8

defendant that provides written notice to all Plaintiffs of its intention to join this stay, without further stipulation with counsel for Plaintiffs in the related actions.

Dated:   May ___, 2008


_____
CHRISTOPHER F. DRONEY
United States District Judge

## **CERTIFICATION**

I hereby certify that on May 28, 2008, a copy of the foregoing was filed electronically

and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent

by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone

unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may

access this filing through the Court's CM/ECF System.

/s/ Rachel R. Mandel
Rachel Reingold Mandel (ct26938)

10