AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of   Connecticut

FLASH SALES, INC.
   Plaintiffs,

v.

CHAMPION LABORATORIES, INC., ET AL.
   Defendants

**SUMMONS IN A CIVIL CASE**



CASE NUMBER: 308CV00512

TO: (Name and address of Defendant)

**BOSCH USA**
**ROBERT BOSCH LLC**
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MICHIGAN 48331

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KERRY R. CALLAHAN, ESQ./DOUG DUBITSKY, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277
Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**ROBERTA D. TABORA**                                      4/7/08
CLERK                                                      DATE

_(signature)_
(By) DEPUTY CLERK

510729

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-11-08 |
| NAME OF SERVER (PRINT) Stephen P. Donnelly | TITLE State Marshal Middlesex County |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail Return Receipt Request #7004 2510 0005 5626 2397

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL 6 miles 3.03 endorsements 2.40 | SERVICES 30.00 Pages 30.00 | Post 10.00 | TOTAL 75.43 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-18-08
              Date                          Signature of Server
                                            Stephen P. Donnelly
                                            State Marshal — Middlesex County
                                            P.O. Box 623
                                            Westbrook, CT 06498
                                            Address of Server

---

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

510732

STATE OF CONNECTICUT:
                           SS: EAST HARTFORD, CT                    May 14, 2008
COUNTY OF HARTFORD:

                                                308CV00512 CFD
    Flash Sales, Inc. vs Champion Laboratories, Inc.

THAT by and at the direction of the Plaintiff's attorney, on May 14, 2008, I made due and legal service of the

Summons In A Civil Action; Complaint; Civil Cover Sheet; Court Information Package upon the within

named defendant:

Bosch USA Robert Bosch LLC              Robert Bosch LLC
38000 Hills Tech Drive                  c/o CSC-Lawyers Incorporating Service Company, Agent
Farmington Hills, MI 48331              601 Abbot Road
                                        East Lansing, MI 48823

#7001 0320 0004 3268 5874               #7001 0320 0004 3268 5867

By depositing at the East Hartford Post Office, a verified true and

attested copy of the original, Summons In A Civil Action; Complaint; Civil Cover Sheet; Court Information Package,

certified mail, return receipt requested addressed to above named defendant:

[U.S. Postal Service CERTIFIED MAIL RECEIPT forms]

...GINAL Summons In A Civil Action; Complaint; Civil Cover Sheet;
...REON ENDORSED:

ATTEST:

Christine Foran, Private Process Server

Sent To: "The Secretary" Busch USA Robert Bosch LLC
Street: 38000 Hills Tech Dr.
City, State, ZIP: Farmington Hills, MI 48331

# SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
                     : EAST HARTFORD, CT        May 23, 2008
COUNTY OF HARTFORD   :

308CV00512 CFD

Flash Sales, Inc.
vs

Champion Laboratories, Inc., et al

At said East Hartford, I deposited in a U.S. Post Office, a letter certified, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and on the above date the letter/receipt was returned to me.

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
"The Secretary"
Robert Bosch LLC c/o
CSC- Lawyers Incorporating Service
Company, AGENT
601 Abbot Road
East Lansing, MI 48823

4a. Article Number
7001 0320 0043 26??

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail  ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

L. Foran
SS SERVER