## SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
: EAST HARTFORD, CT       May 27, 2008
COUNTY OF HARTFORD :

308CV00512 CFD

Flash Sales, Inc.
vs
Champion Laboratories, Inc., et al

At said East Hartford, I deposited in a U.S. Post Office, a letter certified, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and on the above date the letter/receipt was returned to me.

ATTEST:

Christine L. Foran
PROCESS SERVER

Connecticut Process Serving
9 Beaumont Street
East Hartford, CT 06108



RETURN TO SENDER
REFUSED

1st NOTICE
2nd NOTICE
RETURNED

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
"The Corvetare"
NIXIE    2007 1    08 05/21/08

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER

4a. Article Number
7001 0320 0004 3268 5874

☒ Certified
☐ Insured
☐ COD

6. Signature: (Addressee or Agent)
X

PS Form **3811**, December 1994        Domestic Return Receipt

CERTIFIED MAIL
7001 0320 0004 3268 5874