UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; UNITED COMPONENTS, INC. and THE CARLYLE GROUP,<br><br>　　　　　　　　Defendants. | Case No.: 3:08–cv–00512 (CFD)<br><br><br><br><br><br><br><br><br><br>July 3, 2008 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Michael G. Caldwell as counsel in this case for defendants Champion Laboratories, Inc. ("Champion") and United Components, Inc. ("United Components").

This appearance is solely for purposes of filing preliminary motions and is not intended to waive and does not waive any defenses that Champion or United Components may have to the plaintiffs' complaint, including insufficiency of the service of process, improper venue and lack of personal jurisdiction.

Dated: July 3, 2008                    Respectfully submitted,


/s/   Michael G. Caldwell
Michael G. Caldwell (ct 26561)
TYLER COOPER & ALCORN, LLP
555 Long Wharf Drive, 8th Floor
P.O. Box 1936
New Haven, CT  06509-0906
Telephone:  203-784-8200
Fax:  203-777-1181
Email:  mcaldwell@tylercooper.com

Attorneys for Defendants
Champion Laboratories, Inc. and
United Components, Inc.

## CERTIFICATION

I hereby certify that on July 3, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel who have appeared in this action by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ Michael G. Caldwell
Michael G. Caldwell (ct 26561)