UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC. on behalf of itself and all others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. and THE CARLYLE GROUP, | ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 3:08-cv-00512 CFD |
| Defendants. | ) ) |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for the Plaintiff, **FLASH SALES, INC.**

519474-v1

        Respectfully submitted,
        The Plaintiff


        By:  /s/ Benjamin J. Berger
        BENJAMIN J. BERGER, ESQ.
        Federal Bar No. ct25555
        UPDIKE, KELLY & SPELLACY, P.C.
        One State Street, P.O. Box 231277
        Hartford, CT 06123-1277
        Tel. 860-548-2600
        Fax 860-548-2680
        bberger@uks.com

## CERTIFICATION

THIS IS TO CERTIFY that on July 10, 2008, a copy of the foregoing Appearance was electronically filed. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. The undersigned did cause to be sent, by U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all appearing counsel and pro-se parties that do not have access to the Court's electronic filing system.

By: /s/ Benjamin J. Berger
BENJAMIN J. BERGER, ESQ.
Updike, Kelly & Spellacy, P.C

519474-v1