UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLASH SALES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS,<br>CUMMINS FILTRATION INC.,<br>THE DONALDSON COMPANY,<br>BALDWIN FILTERS INC.,<br>BOSCH U.S.A.,<br>MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC.,<br>UNITED COMPONENTS, INC., and<br>THE CARLYLE GROUP,<br><br>Defendants. | Case No.  3:08-cv-00512-CFD<br><br>(Honorable Christopher F. Droney)<br><br><br><br><br><br><br><br><br>July 11, 2008 |

## MOTION TO WITHDRAW APPEARANCE OF RACHEL REINGOLD MANDEL

Pursuant to Rule 7(e) of the Rules of the United States District Court for the District of Connecticut, defendants Champion Laboratories, Inc. and United Components, Inc. hereby move this Court to permit the withdrawal of the appearance of the undersigned, Rachel Reingold Mandel, who has represented Champion and United in this case.

The undersigned has accepted a position at a different law firm and will no longer be acting as counsel for Champion and United, and, accordingly, it is no longer appropriate for her to have an appearance on Champion and United's behalf in this matter. Champion and United will continue to be represented in this matter by Attorneys Ben A. Solnit and Michael G. Caldwell. Accordingly, Champion and United's interests will continue to be properly represented.

DC\1096303.1

**WHEREFORE**, the undersigned counsel respectfully requests that the Court remove the appearance of Attorney Rachel Reingold Mandel in this matter.

Dated at New Haven, Connecticut this 11th day of July, 2008.

Respectfully submitted,

By: /s/Rachel R. Mandel
    Ben A. Solnit – CT00292
    Rachel R. Mandel – CT 26938
    TYLER COOPER & ALCORN, LLP
    555 Long Wharf Drive, 8th Floor
    New Haven, Connecticut 06509
    Telephone: (203) 784-8200
    Facsimile (203) 777-1181
    Email: rmandel@tylercooper.com
    Email: bsolnit@tylercooper.com

    Attorneys for Defendants
    Champion Laboratories, Inc. and
    United Components, Inc.

## CERTIFICATION

I hereby certify that on July 11, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Rachel R. Mandel
                                            Rachel Reingold Mandel (ct26938)