CLOSED, EFILE, STAYED

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:08–cv–00512–CFD

| | |
|---|---|
| Flash Sales, Inc v. Champion Labortories, Inc. et al | Date Filed: 04/04/2008 |
| Assigned to: Judge Christopher F. Droney | Date Terminated: 08/22/2008 |
| Cause: 15:1 Antitrust Litigation | Jury Demand: Plaintiff |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Flash Sales, Inc**<br>*o/b/o itself &all others similarly situated* | represented by | **Benjamin J. Berger**<br>Updike, Kelly &Spellacy, PC–Htfd<br>One State St., PO Box 231277<br>Hartford, CT 06123–1277<br>860–548–2636<br>Fax: 860–548–2680<br>Email: bberger@uks.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Doug Dubitsky**<br>Updike, Kelly &Spellacy, PC–Htfd<br>One State St., PO Box 231277<br>Hartford, CT 06123–1277<br>860–548–2643<br>Fax: 860–548–6043<br>Email: ddubitsky@uks.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Hollis L. Salzman**<br>Labaton Sucharow LLP–NY<br>140 Broadway, 33rd Floor<br>New York, NY 10005<br>212–907–0700<br>Fax: 212–818–0477<br>Email: hsalzman@labaton.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Champion Laboratories, Inc.** | represented by | **Benjamin A. Solnit**<br>Tyler, Cooper &Alcorn , LLP– NH<br>555 Long Wharf Dr., 8th Floor<br>PO Box 1936<br>New Haven, CT 06509–0906<br>203–784–8205 |

Fax: 203–777–1181
Email: solnit@tylercooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Caldwell**
Tyler, Cooper &Alcorn , LLP– NH
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509–0906
203–784–8324
Fax: 203–777–1181
Email: mcaldwell@tylercooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Reingold Mandel**
Littler Mendelson, P.C.– NH, CT
One Century Tower, Suite 300
265 Church Street
New Haven, CT 06510
203–974–8716
Fax: 203–907–1940
Email: rmandel@littler.com
*TERMINATED: 07/18/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purolator Filters NA LLC**        represented by    **William M. O'Connor**
Crowell &Moring LLP – NY
153 E. 53rd St., 31st Fl.
New York, NY 10022
212–895–4200
Fax: 212–895–4201
Email: woconnor@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell Intl Inc**        represented by    **David S. Hardy**
Carmody &Torrance – New Haven
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509–1950
203–784–3119
Fax: 203–784–3199
Email: dhardy@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James K. Robertson, Jr.**
Carmody &Torrance

50 Leavenworth St., Po Box 1110
Waterbury, CT 06721−1110
203−575−2636
Email: jrobertson@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wix Filtration Prod** represented by **David L. Belt**
Jacobs, Grudberg, Belt, Dow &Katz, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503−0606
203−772−3100
Fax: 203−772−1691
Email: dbelt@jacobslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John DeQ. Briggs**
Howrey, LLP−DC
1299 Pennsylvania. Avenue, NW
Washington, DC 20004
202−383−7015
Fax: 202−318−8594
Email: briggsj@howrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Trisha M. Morris**
Jacobs, Grudberg, Belt, Dow &Katz, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503−0606
203−772−3100
Fax: 203−772−1691
Email: tmorris@jacobslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cummins Filtration Inc** represented by **Kenneth W. Ritt**
Day Pitney LLP−Stmfd−CT
One Canterbury Green
Stamford, CT 06901−2047
203−977−7300
Email: kwritt@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas D. Goldberg**
Day Pitney LLP−Stmfd−CT
One Canterbury Green
Stamford, CT 06901−2047

203–977–7383
Fax: 203–977–7301
Email: tdgoldberg@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donaldson Co**  represented by  **Edward Wood Dunham**
Wiggin &Dana
265 Church Street P.O. Box 1832
New Haven, CT 06508–1832
203–498–4400
Fax: 203–782–2889
Email: edunham@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erika L. Amarante**
Wiggin &Dana
265 Church Street P.O. Box 1832
New Haven, CT 06508–1832
203–498–4493
Email: eamarante@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James T. McKeown**
Foley &Lardner, LLP–WI
Firstar Center
777 East Wisconsin Avenue
Suite 3800
Milwaukee, WI 53202
414–271–2400
Fax: 414–297–4900
Email: jmckeown@foley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Baldwin Filters Inc**  represented by  **Francis H. Morrison, III**
Axinn, Veltrop &Harkrider – CT
90 State House Square
Hartford, CT 06103–3702
860–275–8100
Fax: 860–275–8101
Email: fhm@avhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Eleni Kokiasmenos**
Axinn, Veltrop &Harkrider – CT
90 State House Square

Hartford, CT 06103–3702
860–275–8100
Fax: 860–275–8101
Email: mek@avhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle H. Seagull**
Axinn, Veltrop &Harkrider
90 State House Square
Hartford, CT 06103–3702
860–275–8100
Email: mhs@avhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bosch USA**                                represented by    **William M. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mann + Hummel USA Inc**                    represented by    **Adam J. Biegel**
Alston &Bird, LLP–GA
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309–3424
404–881–4692
Fax: 404–253–8490
Email: adam.biegel@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alan M. Kanzer**
Alston &Bird, LLP–NY
90 Park Avenue
New York, NY 10016
212–910–9480
Fax: 212–210–3980
Email: Alan.Kanzer@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amber C. Wessels**
Alston &Bird, LLP–NY
90 Park Avenue
New York, NY 10016
212–910–9594
Fax: 212–210-9444
Email: Amber.Wessels@alston.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Ball**
Cohen &Wolf, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
203−368−0211
Email: dball@cohenandwolf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel A. Pencu**
Cohen &Wolf− Bpt
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
203−368−0211
Fax: 203−394−9901
Email: rpencu@cohenandwolf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart I. Edelstein**
Cohen &Wolf, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
203−368−0211
Email: sedelstein@cohenandwolf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Arvinmeritor Inc     represented by     **Joseph D. Jean**
Dickstein Shapiro, LLP − NY
1177 Avenue of the Americas
New York, NY 20036
212−277−6753
Fax: 917−432−7517
Email: jeanj@dicksteinshapiro.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

United Components Inc     represented by     **Benjamin A. Solnit**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Caldwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Reingold Mandel**
(See above for address)
*TERMINATED: 07/18/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carlyle Group**
*TERMINATED: 04/14/2008*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/04/2008 | Ï 1 | COMPLAINT against Bosch USA, Mann + Hummel USA Inc, Arvinmeritor Inc, United Components Inc, Carlyle Group, Champion Labortories, Inc., Purolator Filters NA LLC, Honeywell Intl Inc, Wix Filtration Prod, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc ( Filing fee $ 350 receipt number H025183), filed by Flash Sales, Inc.(Blue, A.) (Entered: 04/07/2008) |
| 04/04/2008 | Ï 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 7/4/2008. Amended Pleadings due by 6/3/2008 Discovery due by 10/4/2008 Dispositive Motions due by 11/3/2008, Signed by Clerk on 4/4/08. (Blue, A.) (Entered: 04/07/2008) |
| 04/04/2008 | Ï 3 | ELECTRONIC FILING ORDER, Signed by Judge Christopher F. Droney on 4/4/08. (Blue, A.) (Entered: 04/07/2008) |
| 04/07/2008 | Ï | Summons Issued as to Bosch USA, Mann + Hummel USA Inc, Arvinmeritor Inc, United Components Inc, Carlyle Group, Champion Labortories, Inc., Purolator Filters NA LLC, Honeywell Intl Inc, Wix Filtration Prod, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc. (Blue, A.) (Entered: 04/07/2008) |
| 04/11/2008 | Ï 4 | NOTICE of Voluntary Dismissal of The Carlyle Group by Flash Sales, Inc (Dubitsky, Doug) (Entered: 04/11/2008) |
| 04/14/2008 | Ï 5 | ORDER granting re 4 Notice of Voluntary Dismissal as to The Carlye Group filed by Flash Sales, Inc., Signed by Clerk on 4/14/08. (Blue, A.) (Entered: 04/14/2008) |
| 04/22/2008 | Ï 6 | MOTION to Transfer/Disqualify/Recuse Judge by Flash Sales, Inc. (Attachments: # 1 Memorandum in Support of Motion to Transfer)(Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 7 | SUMMONS Returned Executed by Flash Sales, Inc. Arvinmeritor Inc served on 4/11/2008, answer due 5/1/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 8 | SUMMONS Returned Executed by Flash Sales, Inc. Baldwin Filters Inc served on 4/11/2008, answer due 5/1/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 9 | SUMMONS Returned Executed by Flash Sales, Inc. Bosch USA served on 4/11/2008, answer due 5/1/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 10 | SUMMONS Returned Executed by Flash Sales, Inc. Champion Laboratories, Inc. served on 4/11/2008, answer due 5/1/2008. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Supplement Return executed for Champion Agent for Service)(Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 11 | SUMMONS Returned Executed by Flash Sales, Inc. Cummins Filtration Inc served on 4/11/2008, answer due 5/1/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 12 | SUMMONS Returned Executed by Flash Sales, Inc. Donaldson Co served on 4/11/2008, answer due 5/1/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 13 | SUMMONS Returned Executed by Flash Sales, Inc. Honeywell Intl Inc served on 4/11/2008, answer due 5/1/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 14 | SUMMONS Returned Executed by Flash Sales, Inc. Mann + Hummel USA Inc served on 4/11/2008, answer due 5/1/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 15 | SUMMONS Returned Executed by Flash Sales, Inc. Purolator Filters NA LLC served on 4/11/2008, answer due 5/1/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 16 | SUMMONS Returned Executed by Flash Sales, Inc. United Components Inc served on 4/11/2008, answer due 5/1/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 17 | SUMMONS Returned Executed by Flash Sales, Inc. Wix Filtration Prod served on 4/11/2008, answer due 5/1/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 18 | NOTICE of Appearance by Francis H. Morrison, III on behalf of Baldwin Filters Inc (Morrison, Francis) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 19 | Consent MOTION for Extension of Time by Baldwin Filters Inc. (Morrison, Francis) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 20 | NOTICE of Appearance by Benjamin A. Solnit on behalf of United Components Inc, Champion Laboratories, Inc. (Solnit, Benjamin) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 21 | MOTION for Extension of Time until 30 Days *(Unopposed Motion)* Respond to Complaint 1 Complaint, by United Components Inc, Champion Laboratories, Inc.. (Solnit, Benjamin) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 22 | Corporate Disclosure Statement *(Rule 7.1)* by United Components Inc,. (Solnit, Benjamin) Modified on 4/23/2008 (Blue, A.). (Entered: 04/22/2008) |
| 04/22/2008 | Ï 23 | Corporate Disclosure Statement *(Rule 7.1)* by Champion Laboratories, Inc.. (Solnit, Benjamin) Modified on 4/23/2008 (Blue, A.). (Entered: 04/22/2008) |
| 04/22/2008 | Ï 24 | NOTICE of Appearance by Maria Eleni Kokiasmenos on behalf of Baldwin Filters Inc (Kokiasmenos, Maria) (Entered: 04/22/2008) |
| 04/23/2008 | Ï 25 | ORDER granting 19 Consent MOTION for Extension of Time ; granting 21 MOTION for Extension of Time until 30 Days *(Unopposed Motion)* Respond to Complaint 1 Complaint, Signed by Clerk on 4/23/08. (Blue, A.) (Entered: 04/23/2008) |

| | | |
|---|---|---|
| 04/23/2008 | Ï | Answer deadline updated for United Components Inc to 6/1/2008; Champion Laboratories, Inc. to 6/1/2008; Baldwin Filters Inc to 6/1/2008. (Blue, A.) (Entered: 04/23/2008) |
| 04/23/2008 | Ï 26 | NOTICE of Appearance by David A. Ball on behalf of Mann + Hummel USA Inc (Ball, David) (Entered: 04/23/2008) |
| 04/23/2008 | Ï 27 | Consent MOTION for Extension of Time until June 2, 2008 to answer, move or otherwise respond to Plaintiff's Complaint by Mann + Hummel USA Inc. (Ball, David) (Entered: 04/23/2008) |
| 04/23/2008 | Ï 28 | Corporate Disclosure Statement by Baldwin Filters Inc identifying Corporate Parent CLARCOR Inc. for Baldwin Filters Inc. (Kokiasmenos, Maria) (Entered: 04/23/2008) |
| 04/24/2008 | Ï 29 | NOTICE of Appearance by Joseph D. Jean on behalf of Arvinmeritor Inc (Jean, Joseph) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 30 | MOTION for Extension of Time until May 26, 2008 *for the* Answer by Arvinmeritor Inc. (Jean, Joseph) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 31 | NOTICE of Appearance by Stewart I. Edelstein on behalf of Mann + Hummel USA Inc (Edelstein, Stewart) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 32 | MOTION for Extension of Time until June 2, 2008 *Substituted extension of time Motion to* Answer by Arvinmeritor Inc. (Jean, Joseph) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 33 | NOTICE of Appearance by Rachel Reingold Mandel on behalf of United Components Inc, Champion Laboratories, Inc. (Mandel, Rachel) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 34 | ORDER granting 27 Motion for Extension of Time ; granting 30 Motion for Extension of Time ; granting 32 Motion for Extension of Time. Signed by Judge Christopher F. Droney on 4/24/08. (Droney, Christopher) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 35 | NOTICE of Appearance by Edward Wood Dunham on behalf of Donaldson Co (Dunham, Edward) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 36 | NOTICE of Appearance by Erika L. Amarante on behalf of Donaldson Co (Amarante, Erika) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 37 | Corporate Disclosure Statement by Donaldson Co. (Amarante, Erika) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 38 | Consent MOTION for Extension of Time until June 2, 2008 to Answer or Otherwise Respond to Plaintiff's Complaint by Donaldson Co. (Amarante, Erika) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 39 | NOTICE of Appearance by Michelle H. Seagull on behalf of Baldwin Filters Inc (Seagull, Michelle) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 40 | NOTICE of Appearance by William M. O'Connor on behalf of Bosch USA *and Purolator Filters N.A. L.L.C.* (O'Connor, William) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 41 | First Corporate Disclosure Statement *by Purolator Filters, N.A. L.L.C., and* by Bosch USA. (O'Connor, William) (Entered: 04/24/2008) |

| | | |
|---|---|---|
| 04/24/2008 | Ï 42 | Consent MOTION for Extension of Time *to Respond to Complaint* by Bosch USA, Purolator Filters NA LLC (O'Connor, William) Modified on 4/25/2008 (Blue, A.). (Entered: 04/24/2008) |
| 04/25/2008 | Ï 43 | ORDER granting 38 Motion for Extension of Time ; granting 42 Motion for Extension of Time. Signed by Judge Christopher F. Droney on 4/25/08. (Droney, Christopher) (Entered: 04/25/2008) |
| 04/25/2008 | Ï | Answer deadline updated for Bosch USA to 6/2/2008; Mann + Hummel USA Inc to 6/2/2008; Arvinmeritor Inc to 6/2/2008; Purolator Filters NA LLC to 6/2/2008; Donaldson Co to 6/2/2008. (Blue, A.) (Entered: 04/25/2008) |
| 04/28/2008 | Ï 44 | NOTICE of Appearance by James K. Robertson, Jr on behalf of Honeywell Intl Inc (Robertson, James) (Entered: 04/28/2008) |
| 04/28/2008 | Ï 45 | NOTICE of Appearance by David S. Hardy on behalf of Honeywell Intl Inc (Hardy, David) (Entered: 04/28/2008) |
| 04/29/2008 | Ï 46 | Corporate Disclosure Statement by Honeywell Intl Inc. (Robertson, James) (Entered: 04/29/2008) |
| 04/29/2008 | Ï 47 | First MOTION for Extension of Time until June 2, 2008 to Respond to Complaint 1 Complaint, by Honeywell Intl Inc. (Robertson, James) (Entered: 04/29/2008) |
| 04/30/2008 | Ï 48 | ORDER Granting 47 First MOTION for Extension of Time until June 2, 2008 to Respond to 1 Complaint. Signed by Judge Christopher F. Droney on 4/30/08. (Szczygiel, G.) (Entered: 04/30/2008) |
| 04/30/2008 | Ï | Answer deadline updated for Honeywell Intl Inc to 6/2/2008. (Johnson, D.) (Entered: 04/30/2008) |
| 04/30/2008 | Ï 49 | Corporate Disclosure Statement by Mann + Hummel USA Inc identifying Corporate Parent Mann + Hummel, Inc., Corporate Parent Mann + Hummel GmbH for. (Ball, David) (Entered: 04/30/2008) |
| 04/30/2008 | Ï 50 | Corporate Disclosure Statement by Flash Sales, Inc. (Dubitsky, Doug) (Entered: 04/30/2008) |
| 05/01/2008 | Ï 51 | NOTICE of Appearance by David L. Belt on behalf of Wix Filtration Prod (Belt, David) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 52 | NOTICE of Appearance by Trisha M. Morris on behalf of Wix Filtration Prod (Morris, Trisha) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 53 | Corporate Disclosure Statement by Wix Filtration Prod. (Morris, Trisha) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 54 | MOTION for Extension of Time until June 2, 2008 File An Answer or Motion in Response to Complaint by Wix Filtration Prod. (Morris, Trisha) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 55 | NOTICE of Appearance by Thomas D. Goldberg on behalf of Cummins Filtration Inc (Goldberg, Thomas) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 56 | NOTICE of Appearance by Kenneth W. Ritt on behalf of Cummins Filtration Inc (Ritt, Kenneth) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 57 | |

| | | |
|---|---|---|
| | | Corporate Disclosure Statement by Cummins Filtration Inc identifying Corporate Parent Cummins, Inc. for Cummins Filtration Inc. (Ritt, Kenneth) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 58 | MOTION for Extension of Time until June 2, 2008 to file an answer, move or otherwise respond to 1 Complaint, by Cummins Filtration Inc. (Ritt, Kenneth) (Entered: 05/01/2008) |
| 05/02/2008 | Ï 59 | ORDER granting 54 MOTION for Extension of Time until June 2, 2008 File An Answer or Motion in Response to Complaint ; granting 58 MOTION for Extension of Time until June 2, 2008 to file an answer, move or otherwise respond to 1 Complaint, Signed by Clerk on 5/2/08. (Blue, A.) (Entered: 05/02/2008) |
| 05/02/2008 | Ï | Answer deadline updated for Wix Filtration Prod to 6/2/2008; Cummins Filtration Inc to 6/2/2008. (Blue, A.) (Entered: 05/02/2008) |
| 05/08/2008 | Ï 60 | MOTION for Leave to Appear pro hac vice Attorney Alan Kanzer. Filing Fee $25.00 Receipt Number H025500, by Mann + Hummel USA Inc. (Blue, A.) (Entered: 05/08/2008) |
| 05/08/2008 | Ï 61 | MOTION for Leave to Appear pro hac vice Attorney Amber Wessels. Filing Fee $25.00 Receipt Number H025501, by Mann + Hummel USA Inc. (Blue, A.) (Entered: 05/08/2008) |
| 05/08/2008 | Ï 62 | ORDER granting 60 Motion to Appear Attorney Alan Kanzer pro hac vice; granting 61 Motion to Appear Attorney Amber Wessels pro hac vice, Signed by Clerk on 5/8/08. (Blue, A.) (Entered: 05/08/2008) |
| 05/13/2008 | Ï 63 | Memorandum in Opposition re 6 MOTION to Transfer/Disqualify/Recuse Judge filed by Bosch USA, Mann + Hummel USA Inc, Arvinmeritor Inc, United Components Inc, Champion Laboratories, Inc., Purolator Filters NA LLC, Honeywell Intl Inc, Wix Filtration Prod, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc. (O'Connor, William) (Entered: 05/13/2008) |
| 05/13/2008 | Ï 64 | EXHIBIT *A to Defendants' Memorandum in Opposition to Plaintiff's Motion to Transfer* by Bosch USA, Mann + Hummel USA Inc, Arvinmeritor Inc, United Components Inc, Champion Laboratories, Inc., Purolator Filters NA LLC, Honeywell Intl Inc, Wix Filtration Prod, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc re 63 Memorandum in Opposition to Motion,. (O'Connor, William) (Entered: 05/13/2008) |
| 05/14/2008 | Ï 65 | NOTICE of Appearance by Rachel A. Pencu on behalf of Mann + Hummel USA Inc (Pencu, Rachel) (Entered: 05/14/2008) |
| 05/14/2008 | Ï 66 | MOTION for Leave to Appear pro hac vice Attorney Hollis L. Salzman. Filing Fee $25.00 Receipt Number H025554, by Flash Sales, Inc. (Attachments: # 1 Affidavit Dubitsky, # 2 Affidavit Salzman, # 3 Notice of manual filing)(Blue, A.) (Entered: 05/14/2008) |
| 05/14/2008 | Ï 67 | ORDER granting 66 Motion to Appear pro hac vice Attorney Hollis L. Salzman for Flash Sales, Inc added, Signed by Clerk on 5/14/08. (Blue, A.) (Entered: 05/14/2008) |
| 05/14/2008 | Ï 68 | MOTION for Leave to Appear pro hac vice Attorney Adam J. Biegel. Filing Fee $25.00 Receipt Number H025555, by Mann + Hummel USA Inc. (Blue, |

| | | |
|---|---|---|
| | | A.) (Entered: 05/14/2008) |
| 05/14/2008 | Ï 69 | ORDER granting 68 Motion to Appear pro hac vice Attorney Adam J. Biegel for Mann + Hummel USA Inc, added., Signed by Clerk on 5/14/08. (Blue, A.) (Entered: 05/14/2008) |
| 05/14/2008 | Ï 70 | MOTION for Leave to Appear pro hac vice Attorney John DeQ Briggs. Filing Fee $25.00 Receipt Number H025565, by Wix Filtration Prod. (Blue, A.) (Entered: 05/14/2008) |
| 05/14/2008 | Ï 71 | ORDER granting 70 Motion to Appear pro hac vice Attorney John DeQ. Briggs for Wix Filtration Prod added, Signed by Clerk on 5/14/08. (Blue, A.) (Entered: 05/14/2008) |
| 05/15/2008 | Ï 72 | STIPULATION re 1 Complaint, *AND PROPOSED CONSENT ORDER FOR EXTENSION OD TIME FOR DEFENDANTS TO RESPOND* by Arvinmeritor Inc, Baldwin Filters Inc, Bosch USA, Champion Laboratories, Inc., Cummins Filtration Inc, Donaldson Co, Honeywell Intl Inc, Mann + Hummel USA Inc, Purolator Filters NA LLC, United Components Inc, Wix Filtration Prod, Flash Sales, Inc. (Dubitsky, Doug) Modified on 5/16/2008 (Blue, A.). (Entered: 05/15/2008) |
| 05/15/2008 | Ï 73 | MOTION for Leave to Appear pro hac vice Attorney James T. McKeown. Filing Fee $25.00 Receipt Number H025578, by Donaldson Co. (Attachments: # 1 Affidavit)(Blue, A.) (Entered: 05/15/2008) |
| 05/15/2008 | Ï 74 | ORDER granting 73 Motion to Appear pro hac vice Attorney James T. McKeown for Donaldson Co added, Signed by Clerk on 5/15/08. (Blue, A.) (Entered: 05/15/2008) |
| 05/20/2008 | Ï 75 | Supplemental SUMMONS Returned Executed by Flash Sales, Inc. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 76 | Supplemental SUMMONS Returned Executed by Flash Sales, Inc. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 77 | Supplemental SUMMONS Returned Executed by Flash Sales, Inc. (Attachments: # 1 Supplement Return of Service on Champion Agent for Service)(Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 78 | Supplemental SUMMONS Returned Executed by Flash Sales, Inc. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 79 | Supplemental SUMMONS Returned Executed by Flash Sales, Inc. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 80 | Supplemental SUMMONS Returned Executed by Flash Sales, Inc. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 81 | Supplemental SUMMONS Returned Executed by Flash Sales, Inc. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 82 | Supplemental SUMMONS Returned Executed by Flash Sales, Inc. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/28/2008 | Ï 83 | NOTICE by Bosch USA, Mann + Hummel USA Inc, Arvinmeritor Inc, United Components Inc, Champion Laboratories, Inc., Purolator Filters NA LLC, Honeywell Intl Inc, Wix Filtration Prod, Cummins Filtration Inc, |

| | | |
|---|---|---|
| | | Donaldson Co, Baldwin Filters Inc re 63 Memorandum in Opposition to Motion, *Defendants' Notice of Withdrawal of Opposition to Plaintiff's Motion to Transfer* (O'Connor, William) (Entered: 05/28/2008) |
| 05/28/2008 | Ï 84 | Joint MOTION to Stay *Pending Transfer and Consolidation* by United Components Inc, Champion Laboratories, Inc..Responses due by 6/18/2008 (Attachments: # 1 Text of Proposed Order Stipulation and Proposed Consent Order)(Mandel, Rachel) (Entered: 05/28/2008) |
| 05/29/2008 | Ï 85 | ORDER granting in part and denying in part 84 Motion to Stay. This action is stayed pending action by the MDL Panel. Signed by Judge Christopher F. Droney on 5/29/08. (Droney, Christopher) (Entered: 05/29/2008) |
| 05/29/2008 | Ï | Case Stayed (Johnson, D.) (Entered: 06/02/2008) |
| 06/09/2008 | Ï 86 | Second SUMMONS Returned Executed by Flash Sales, Inc. Bosch USA served on 5/23/2008, answer due 6/12/2008. (Attachments: # 1 Acknowledgement of Service)(Dubitsky, Doug) (Entered: 06/09/2008) |
| 06/09/2008 | Ï 87 | Summons Returned Unexecuted by Flash Sales, Inc as to Bosch USA. (Dubitsky, Doug) (Entered: 06/09/2008) |
| 07/03/2008 | Ï 88 | NOTICE of Appearance by Michael G. Caldwell on behalf of United Components Inc, Champion Laboratories, Inc. (Caldwell, Michael) (Entered: 07/03/2008) |
| 07/10/2008 | Ï 89 | NOTICE of Appearance by Benjamin J. Berger on behalf of Flash Sales, Inc (Berger, Benjamin) (Entered: 07/10/2008) |
| 07/14/2008 | Ï 90 | MOTION for Rachel Reingold Mandel to Withdraw as Attorney by United Components Inc, Champion Laboratories, Inc.. (Mandel, Rachel) (Entered: 07/14/2008) |
| 07/18/2008 | Ï 91 | ORDER Granting 90 Motion to Withdraw as Attorney. Attorney Rachel Reingold Mandel terminated. Signed by Judge Christopher F. Droney on 7/18/08. (Szczygiel, G.) (Entered: 07/18/2008) |
| 08/22/2008 | Ï 92 | MDL Transfer Order. Case transferred to District of Northern Illinois, Signed by Clerk Michael W. Dobbins MDL Panel on 8/22/08. (Attachments: # 1 part 2)(Blue, A.). (Entered: 08/25/2008) |
| 08/25/2008 | Ï | Case transfered to the District of Northern Illinois. Non electronic documents, certified copies of docket sheet and Order of Transfer sent. (Blue, A.) (Entered: 08/25/2008) |